RECEIVED

JAN 0 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

1  THOMAS  M.  SLOAN
   IN PRO PER
2  835 VINE ST
   SAN BERNARDINO, CA 92410
3  TELEPHONE: 909-885-2310

4  PLAINTIFF

5  THOMAS  M.  SLOAN
   IN PRO PER
6

7          UNITED  STATES  DISTRICT  COURT
                  DISTRICT OF   ALASKA
8

| 9   THOMAS  M.  SLOAN | ) | CASE NO. A05-0295CV (JWS) |
|---|---|---|
| 10 | ) | |
| | ) | REPLY TO ORDER |
| 11        Plaintiff, | ) | OF  21 DEC 2005 |
| ) | ) | U.S. Dist. Judge: |
| 12 | ) | Hon. John W. Sedwick |
| 13   v. | ) | |
| 14 | ) | |
| CHUGACH EARECKSON SUPPORT | ) | |
| 15   SERVICES JV | ) | |
| 16        Defendants. | ) | |
| 17 | ) | |

18

19

1    I am attempting to obtain counsel to sort out the issues of my    .

2    complaint , I will also need time to complete discovery. At

3    this time I am not ready to schedule.

4    on 19 Dec. 05, counsel for defendant ,CHUGACH EARECKSON

5    SUPPORT SERVICES JV, contacted me, to find out if I intended to

6    pursue my complaint. I assured him that I did. I also indicated

7    that this matter could be settled. I have not yet been contacted

8    by defendants counsel as of yet, but this could be because of the

9    holidays.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**FILED**

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By_____
                          Deputy

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

<u>THOMAS M. SLOAN</u>   v.   <u>CHUGACH EARECKSON SUPPORT SERVICES JV</u>

THE HONORABLE John W. Sedwick

DEPUTY CLERK                          CASE NO. <u>A05-0295CV (JWS)</u>

<u>Shari Fuhrer</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: December 21, 2005

### NOTICE OF TRANSFER AND ORDER

      The above case was transferred from the <u>Central District of California</u>, case number <u>5:05-cv-00756-VAP-SGL</u>, to the <u>District of Alaska</u>, and has been assigned case number <u>A05-0295CV (JWS)</u>.

      Please use case number <u>A05-0295CV(JWS)</u> on all future pleadings.

      Counsel for plaintiff shall confer with counsel for defendant, and counsel for plaintiff shall, <u>on or before 15 days from the date of this order</u>, serve and file with the court a joint report as to the status of this case, touching on each of the following:

1.  Service problems and/or need to add parties.

2.  Any known bankruptcy proceedings necessitating a stay of this action.

3.  Settlements, partial or complete, among some or all parties.

4.  Motions which are currently pending before this court, noting the filing dates and document numbers (docket sheet attached).

5.  Status of discovery, including an estimate of the amount of time which completion of discovery will require.

6.  Readiness of the case for a scheduling or status conference or other pre-trial proceedings; also, anticipated date of readiness for trial.

7.  Any other matter awaiting action by the court.

A05-0295-CV (JWS)      R. Mansukhani

T. SLOAN
D. Barber
M. Bell

12-21-05:0mg

17