Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

RECEIVED

JAN 3 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) ) ) |
| Defendant. | ) Case No. A05-0295CV (JWS) ) |

### **WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to D.Ak. LR 11.1(c)(1)(ii), Gordon & Rees hereby withdraws as counsel of record for Defendant Chugach Eareckson Support Services, JV. Substitute counsel, Landye Bennett Blumstein, LLP hereby enters its appearance for defendant.

Chugach Eareckson is changing their counsel of record in the above-captioned case from Gordon & Rees to:

> Landye Bennett Blumstein, LLP
> 701 West 8th Avenue, Suite 1200
> Anchorage, Alaska 99501
> Telephone No.: (907) 276-5152
> Facsimile No.: (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: A05-0295CBV (JWS)
Withdrawal and Substitution of Counsel
Page 1 of 3

Gordon & Rees

Date: 1-26-06   By: _____
D. Scott Barber

Landye Bennett Blumstein, LLP

Date: 1/30/06   By: _____
Kim Dunn

**ORDER**

Landye Bennett Blumstein, LLP, is hereby substituted as counsel of record for Defendant, Chugach Eareckson Support Services JV, in the above-captioned case.

Dated this ___ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: A05-0295CBV (JWS)
Withdrawal and Substitution of Counsel
Page 2 of 3

Certificate of Service

On January 30, 2006, a true and correct copy of the foregoing document was sent by ☒ mail or ☐ hand-delivery to the following:

Thomas M. Sloan
835 West Vice Street
San Bernardino, CA 92410


*Winter Hamrick* (signature)
Winter Hamrick

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: A05-0295CBV (JWS)
Withdrawal and Substitution of Counsel
Page 3 of 3