RECEIVED

APR 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

THOMAS M. SLOAN
Name

_____
Prison Number

_____
Place of Confinement

835 VINE ST.
SAN BERNARDINO, CA 92410
Address

909-885-2380
Telephone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Case No.. 3:05-CV-00295-TM-B

THOMAS M SLOAN,

Plaintiff,)

vs.

CHUGACH EARECKSON
SUPPORT SERVICE JV
Defendant(s).

MOTION

to/for DEFAULT

I, THOMAS M. SLOAN, proceeding without a lawyer, move to/for DEFAULT under the following statute(s)/rule(s) (if known) for the following reason(s): FAILED TO REPLY TO MINUTE ORDER FROM CHAMBERS DATED DECEMBER 21, 2005.

PS IS (effective 8/OS)