_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, __THOMAS M. SLOAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-7-06__, at __SAN BERNARDINO CA 92410__.

__Thomas M. Sloan__
Signature

### Certificate of Service

I certify that, on __4-7-06__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)
__ELECTRONICAL MAIL__
was served, ~~by first class U.S. mail,~~ on __KIM DUKE__
TS
__KIMD @ TbbLAWYERS.COM, WINTER @ lbbLAWYERS.COM__
(Opposing Party or Counsel)
at _____.
__701 WEST EIGHT AVE__   (Address)
__SUITE 1200__
__ANCHORAGE AK 99501__

__Thomas M. Sloan__
Signature

PS 15 (effective 8/05)                    2                    **MOTION**