_____

_____

_____

_____

_____

_____

_____

_____

### Declaration Under Penalty of Perjury

I, __THOMAS M. SCOAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-7-06__, at __SAN BEARNANDINO CA 92410__

__Thomas M. Sho__
Signature

### Certificate of Service

I certify that, on __4-7-06__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __MARGARET C. BELL__
(Opposing Party or Counsel)

at __101 WEST BROADWAY SUITE 1600 SAN DIEGO CA 92101__
(Address)

__Thomas M. Sho__
Signature

PS 15 (effective 8/05)                2                         MOTION