_____

_____

_____

_____

_____

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, __THOMAS M. SLOAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-7-06__, at __SAN BERNANDINO CA 92410__

__Thomas M. Sloan__
Signature

## Certificate of Service

I certify that, on __4-7-06__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __BOGEN M. MANSUKHANI__
(Opposing Party or Counsel)

at __101 WEST BROADWAY SUITE 1600 SAN DIEGO CA 92101__
(Address)

__Thomas M. Sloan__
Signature

PS 15 (effective 8/05)   2   MOTION