_____

_____

_____

_____

_____         :

_____

_____

_____

_____

## Declaration Under Penalty of Perjury

I, _THOMAS M. SLOAN_, declare under penalty of

perjury, that I have reviewed the above motion, and that the information contained

in this motion is true and correct.

DATED: _4-7-06_, at _SAN BERNANDINO CA._
_92410_

_Thomas M. Sloan_
Signature

## Certificate of Service

I certify that, on _4-7-06_ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on _DUNCAN SCOTT BARBER_
(Opposing Party or Counsel)

at _101 WEST BROADWAY SUITE 1600 SAN DIEGO CA_
(Address)                                          _92101_

_Thomas M. Sloan_
Signature

PS 15 (effective 8/05)                    2                    MOTION