Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Services JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

THOMAS M. SLOAN )
)
Plaintiffs, )
)
v. )
)
CHUGACH EARECKSON SUPPORT )
SERVICES JV )
)
Defendants. ) Case No. 3:05-cv-00295-TMB

## ANSWER

COMES now, Chugach Eareckson Support Services JV, and answers plaintiff's complaint as follows:

1. Chugach Eareckson is a joint venture which is over 25 percent owned by Chugach Alaska Corporation, an Alaska Native regional corporation formed pursuant to the Alaska Native Claims Settlement Act, 43 U.S.C.A. §1601 *et seq.* Pursuant to 43 U.S.C. §1626 (g) Chugach Eareckson is exempt from the enforcement provisions of the 1964 Civil Rights Act [42 U.S.C.A. §2000a *et seq*].

Thomas M. Sloan v. Chugach Eareckson Support Services JV
Case No.: 3:05-CV-00295-TMB
Answer
Page 1 of 4

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

2. Chugach Eareckson admits that plaintiff Sloan was formerly employed by Chugach Eareckson on Shemya Island; that Sloan made certain allegations regarding events on Shemya Island, and that plaintiff's allegations were found to be utterly without factual basis. Except to the extent admitted, all allegations in the complaint are denied.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a cause of action for which relief may be granted.

2. The court lacks jurisdiction over the subject matter of plaintiff's complaint.

3. The complaint is barred by the applicable statutes of limitation and plaintiff's failure to timely appeal within the time period authorized by law.

4. To the extent that plaintiff may seek any equitable relief or remedy, stemming from claims over which the court may have jurisdiction, plaintiff lacks clean hands.

5. Plaintiff's complaint is barred by plaintiff's failure or omissions to act, plaintiff's voluntary or deliberate conduct and decisions, waiver and estoppel.

Thomas M. Sloan v. Chugach Eareckson Support Services JV
Case No.: 3:05-CV-00295-TMB
Answer
Page 2 of 4

6. Plaintiff's damages, if any, are attributable to his violation of express and implied employment obligations, therefore barring his claims.

7. Plaintiff has continuously failed to mitigate any damages he allegedly suffered.

### PRAYER FOR RELIEF

WHEREFORE, Chugach Eareckson requests the following relief:

A. Dismissal of the claims with prejudice and entry of judgment in favor of defendant;

B. An award to the Chugach defendants for its reasonable attorney fees and costs in defending the action; and

C. All other relief the court deems appropriate.

DATED this //  day of April, 2006 at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Chugach Eareckson
Support Services JV

Kim Dunn
Alaska Bar No. 8511153

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

On April 11th, 2006, a true and correct copy of the foregoing document was sent by ☒ mail or ☐ hand-delivery to the following:

Thomas M. Sloan
835 West Vice Street
San Bernardino, CA 92410


_____
Winter Hamrick

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas M. Sloan v. Chugach Eareckson Support Services JV
Case No.: 3:05-CV-00295-TMB
Answer
Page 4 of 4