Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHUGACH EARECKSON SUPPORT | ) |
| SERVICES JV | ) |
| | ) |
| Defendants. | ) Case No. 3:05-cv-00295-TMB |
| | ) |

**MOTION REGARDING SERVICE**

COMES NOW Chugach Eareckson, by and through its counsel of record, and requests that plaintiff be advised that service upon California counsel, Gordon Rees, (Margaret Bell, Roger Mansukhani, and Duncan Scott Barber) is no longer necessary. The service on multiple former attorneys who have withdrawn is a burden to plaintiff and may result in error or confusion. This motion is supported by the earlier Motion for Withdrawal and Substitution of Counsel [Docket 20], and the Affidavit of Counsel attached hereto. A proposed order granting the

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Motion Regarding Service
Page 1 of 2

Withdrawal and Substitution of Counsel to clarify service is

filed herewith.

Dated this 12th day of April, 2006 at Anchorage, Alaska.

s/Kim Dunn
Kim Dunn
Alaska Bar No.: 8511153


Certificate of Service

I herby certify that on April 12, 2006, a copy of the
foregoing Motion Regarding Service with the attached
Affidavit of Counsel, Proposed Order for Motion Regarding
Service, and Proposed Order Granting Withdrawal and
Substitution of Counsel was served by U.S. Mail on Thomas M.
Sloan, 835 West Vine Street, San Bernardino, CA 92410.


s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Motion Regarding Service
Page 2 of 2