Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) |
|  | ) Case No. 3:05-cv-00295-TMB |
| Defendants. | ) |

**ORDER FOR MOTION REGARDING SERVICE**
**[PROPOSED]**

The Court having considered Chugach Eareckson's Withdrawal and Substitution of Counsel, and Motion Regarding Service, directs plaintiff that he is required to serve only Landye Bennett Blumstein, LLP, and not defendant's former California counsel, Gordon Rees.

Dated this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Proposed Order for Motion Regarding Service
Page 1 of 2

(Left margin: LANDYE BENNETT BLUMSTEIN LLP, 701 WEST EIGHTH AVENUE, SUITE 1200, ANCHORAGE, ALASKA 99501, TELEPHONE (907) 276-5152, FAX (907) 276-8433)

Certificate of Service

I herby certify that on April 12, 2006, a copy of the foregoing Proposed Order for Motion Regarding Service was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Proposed Order for Motion Regarding Service
Page 2 of 2