Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) <br> ) <br> ) Case No. 3:05-cv-00295-TMB |
| Defendants. | ) <br> ) |

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**[PROPOSED]**

Landye Bennett Blumstein, LLP, is hereby substituted as counsel of record for Defendant, Chugach Eareckson Support Services JV, in the above-captioned case.

Dated this _____ day of _____, 2006.

                                              _____
                                              Timothy M. Burgess
                                              United States District Court Judge

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Proposed Order for Motion Regarding Service
Page 1 of 2

Certificate of Service

I herby certify that on April 12, 2006, a copy of the foregoing Proposed Order Granting Withdrawal and Substitution of Counsel  was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street,San Bernardino, CA 92410.

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA  99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Proposed Order for Motion Regarding Service
Page 2 of 2