Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) |
|  | ) |
| Defendant. | ) Case No. 3:05-cv-00295-TMB |

STATE OF ALAKSA    )
                   )ss.
THIRD JUDICIAL DISTRICT  )

**AFFIDAVIT OF COUNSEL**
**in Support of Opposition to Motion for Entry of Default and Motion Regarding Service.**

Kim Dunn, being first duly sworn, deposes and states as follows:

1. At the end of January, 2006, Landye Bennett Blumstein LLP ("LBB") was substituted as defense counsel for defendant Chugach Eareckson in the above-captioned matter. I am the LBB attorney responsible for defense of this litigation.

Thomas Sloan v. Chugach Eareckson Support Services, JV
Case No: 3:05-cv-00295-TMB
Affidavit of Counsel
Page 1 of 5

2.  Former defense counsel Gordon Rees has no continuing role in this action. Gordon Rees attorneys are still listed as service recipients by the court and Mr. Sloan, although they have withdrawn.

3.  I have represented ANCSA corporations and their subsidiaries since 1985 in connection with EEOC claims and believe that Chugach Eareckson has dispositive defenses to Mr. Sloan's complaint.

4.  The file was transferred to my office in January, 2006 and I coordinated the substitution of defense counsel with the law firm of Gordon Rees in California. From information received from defense counsel at Gordon Rees, I was informed that plaintiff was not actively prosecuting his suit. For example, Mr. Sloan did not oppose Chugach Eareckson's initial defense motion to transfer or dismiss.

5.  More recently, in the last several weeks, I was informed by Chugach Eareckson's Workers' Compensation attorney that Mr. Sloan's Alaska Workers' Compensation claim had been scheduled for hearing before the Alaska Workers' Compensation Board. The Workers' Compensation claim is based on the same incidents on which Mr. Sloan asserts his Title VII allegations. In the Workers' Compensation proceeding, Mr. Sloan appeared by cell phone and land line, and called only

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

one witness. I am informed and believe that the Board ruled against Mr. Sloan on the merits.

6. From another attorney, I learned that at one time Mr. Sloan did have an Alaska attorney representing him, some time prior to filing the present suit.

7. When I reviewed the Minute Order dated March 20, 2006, I believed that Mr. Sloan was required to contact me to discuss his plans for amending his complaint, dropping suit, obtaining counsel, or to ask for Chugach Eareckson's answer to his August 12, 2005 complaint. Since Mr. Sloan would either be unrepresented or have a new attorney, I preferred that he make the first contact, at his or his attorney's convenience. My office calendared Monday, April 10 as the deadline to hear from Mr. Sloan or answer the complaint.

8. Mr. Sloan has never called or e-mailed me. Nor have I received any correspondence or other message.

9. On the morning of April 10, 2006, I planned to file Chugach Eareckson's answer electronically, unless I heard otherwise from Mr. Sloan. Due to unusually pressing matters occurring after lunch, I inadvertently failed to file and serve the answer on Monday. My assistant was covering for an absent employee and the normal reminders did not occur. Finally, our mail was delivered very late and as a result, we

did not realize until the following day, Tuesday April 11, that Mr. Sloan had filed an application for default the previous Friday.

10.   At mid-morning on April 11, I realized the omission and prepared to file the Answer. Then, through the Court's electronic docketing system, I learned that Mr. Sloan had actually filed an application for default days earlier. We then checked the incoming mail and located the express mail pleading served on my office by Mr. Sloan. The express mail receipt reflected that the intended date of delivery was April 8, 2006, this past Saturday. The pleading was actually delivered late on Monday, April 10, a few minutes before I left the office for the day. I was not aware of it until Tuesday, April 11.

11.   We filed the answer electronically, at docket number 24 on April 11, 2006 at 1:26 p.m. I regret the error and assure the court that the short delay in filing the answer was inadvertent and due solely to my mistake.

FURTHER YOUR ADDIANT SAYETH NOT.

s/Kim Dunn                              April 12, 2006
Kim Dunn                                Date

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas Sloan v. Chugach Eareckson Support Services, JV
Case No: 3:05-cv-00295-TMB
Affidavit of Counsel
Page 4 of 5

ACKNOWLEDGEMENT

SUBSCRIBED AND SWORN TO me this 12th day of April, 2006.

*[Notary seal: Winter Hamrick, Notary Public, State of Alaska]*

_Winter Hamrick_
Notary Public for the State of Alaska
My commission expires: 4-28-07

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Thomas Sloan v. Chugach Eareckson Support Services, JV
Case No: 3:05-cv-00295-TMB
Affidavit of Counsel
Page 5 of 5