Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
| Plaintiff, | ) |
| v. | ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) |
| Defendants. | ) Case No. 3:05-cv-00295-TMB |

**PROPOSED ORDER DENYING MOTION FOR ENTRY OF DEFAULT**

The Court having considered Chugach Eareckson's Opposition to Motion for Default and the arguments for and against that motion HEREBY ORDERS that the Plaintiff's Motion is DENIED.

Dated this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Court Judge

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Order Denying Motion for Default (Proposed)
Page 1 of 2

Certificate of Service

I herby certify that on April 12, 2006, a copy of the foregoing Proposed Order Denying Motion for Default was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.


s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433