IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>)<br>) |

**ORDER FOR MOTION REGARDING SERVICE**

The Court having considered Chugach Eareckson's Withdrawal and Substitution of Counsel, and Motion Regarding Service, directs plaintiff that he is required to serve only Landye Bennett Blumstein, LLP, and not defendant's former California counsel, Gordon Rees.

Dated this __17__ day of __April__, 2006.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200

Thomas A. Sloan v. Chugach Eareckson Support Service, JV
Case No.: 3:05-CV-00295-TMB
Proposed Order for Motion Regarding Service
Page 1 of 1