IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>)<br>) |

**ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Landye Bennett Blumstein, LLP, is hereby substituted as counsel of record for Defendant, Chugach Eareckson Support Services JV, in the above-captioned case.

Dated this <u>17</u> day of <u>April</u>, 2006.

/s/ Timothy M. Burgess
Timothy M. Burgess
United States District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200