Name

Prison Number

Place of Confinement

Address

Telephone



IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M SLOAN, | ) Case No.: 3: 05-CV-00295-TMB |
| Plaintiff, | ) MOTION<br>) TO/FOR: |
| vs. | ) REPLY TO OPPOSITION AND ANSWER |
| CHUGACH EARECKSON SUPPONT SERVIVES JVS., | ) |
| Defendant | ) |

I, THOMAS M SLOAN, PROCEEDING WITHOUT A LAWYER, MOVE TO/FOR DEFAULT UNDER THE FOLLOWING STATUTE(S)/RULE(S) (IF KNOWN) _____ FOR THE FOLLOWING REASON(S): DEFENDANT FAILED TO RESPOND IN A TIMELY MANNER TO MY WRITTEN SERVICE IN RESPONSE TO MINUTE ORDER OF DECEMBER 21, 2005. ANY OMISSION IS OMISSION BY DEFENDANTS COUNSEL, BY FAILING TO REPLY TO TIMELY SERVICE.
  IN ADDITION , DEFENDANTS COUNSEL IS MAKING ALLEGATIONS, WITHOUT FOUNDATION AND UTTERLY WITHOUT FACTUAL BASIS. LASTLY ALASKA NATIVE CORPORATIONS, UNDER ALASKA NATIVE HIRING CLAIMS SETTLEMENT ACT. ARE ONLY EXEMPT PURSUANT TO THE ALASKAN NATIVE ACT. HIRING PREFERENCE GRANTED BY THE ACT. THE HIRING PREFERENCE DOES NOT ENTER IN TO THIS CASE.

_____
_____
_____
_____
_____
_____
_____
_____
_____

### Declaration Under Penalty of Perjury

I, __THOMAS. M. SLOAN__, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: __4-26-06__, at __SAN BERNANDINO CA__

__Thomas M. Sl___
Signature

### Certificate of Service

I certify that, on __4-26-06__ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on __KIM DUNN__
(Opposing Party or Counsel)

at __701 WEST EIGHT AVE S. 1200__
__ANCHORAGE ALASKA 99501__
(Address)

__Thomas M. Sl___
Signature