Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail kimd@lbblawyers.com

Attorneys for Chugach Eareckson, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB |

**JOINT STATUS REPORT**

A.  NATURE OF THE CASE

1.  <u>Attorneys</u>.  Chugach Eareckson is represented by Landye Bennett Blumstein, LLP, with Kim Dunn as lead counsel.

Mr. Sloan remains unrepresented. He still hopes to find an attorney to represent him but his search has so far been unsuccessful.

2. <u>Basis for federal jurisdiction.</u> Plaintiff cites Title VII, 42 U.S.C. 2000e, as the basis for federal jurisdiction.

3. <u>Nature of claims asserted in the complaint and any counterclaims</u>. Plaintiff is a former employee of defendant who worked on Shemya Island, an Air Force installation whose maintenance and certain operations are carried out by defendant Chugach Eareckson under contract with the Air Force.

Plaintiff alleges that:

a. Chugach Eareckson illegally discriminated against him based on incorrect perceptions about his race (although plaintiff is Caucasian, his supervisor thought he was Indian) and his sexual orientation.

b. His working conditions were made intolerable, culminating in a "body-slam" by a supervisor in the dining area, which injured him and caused him to leave Shemya for medical reasons.

c. When he wanted to return to work at Shemya, he was told by Chugach Eareckson that he had quit his job, and was therefore not allowed to return.

d. Plaintiff has been continually defamed by Chugach Eareckson employees and their associates, preventing him from obtaining a job in Alaska.

4. <u>Service.</u>  All parties have been served and have appeared.

5. <u>Principal Legal Issues.</u> Subject matter jurisdiction. Chugach Eareckson's exemption from Title VII under the Alaska Native Claims Settlement Act.  Res judicata and collateral

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

estoppel. Failure to state a claim. Whether pendant or ancillary jurisdiction applies to plaintiff's state law claims.

6. **Principal factual issues.** All of the material factual allegations made by plaintiff regarding his alleged treatment while working at Shemya Island are controverted.

B. DISCOVERY

1. **Brief description of completed discovery and remaining discovery.** No formal discovery has occurred in this case. However, through plaintiff's complaints before the Alaska State Commission for Human Rights (joint filing with the EEOC) and through plaintiff's Workers Compensation claim for the alleged "body slam" incident, evidence has been gathered and shared with investigators, and certain depositions and testimony have been recorded. The parties anticipate reviewing and using such evidence in preparing for trial.

2. **Brief description of any pending motions and anticipated motions.** Chugach Eareckson intends to file dispositive motions on subject matter jurisdiction, res judicata and collateral estoppel, and possibly the statute of limitations.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Plaintiff intends to move, *in limine*, to limit the use of certain evidence (telephonic depositions) elicited in prior proceedings.

3. <u>Brief description of any previously entered rulings on substantive issues.</u>  There have been no substantive rulings in the present action.  However, CKJV alleges that the following factual and legal determinations are relevant to the current proceedings:

   a. Plaintiff alleged that discrimination against him began in June 2003.  He filed an ASCHR complaint in August 2003.  In April 2005, ASCHR issued a Closing Order finding no substantial evidence to support plaintiff's allegations.  Plaintiff did not timely appeal.  Plaintiff did respond to the similar, EEOC notice issued on May 12, 2005 by filing this action suit in California.

   b. Plaintiff filed a Workers Compensation claim for alleged medical problems arising from the October 2003, "body slam" incident in the dishwashing area.  The Workers Comp Board recently found, in response to Chugach Eareckson's fraud petition, that plaintiff "clearly made false and misleading statements and representations to obtain workers compensation benefits under the Act."

   c. Plaintiff does not agree that the Workers Compensation determination has any relevance to the present action, since that was a "test" case for recent legislation.

4. <u>Any previously filed status reports.</u>  One prior status report was filed by plaintiff on January 4, 2006, following transfer of this matter from the Central District of California to the District of Alaska.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

C. TRIAL

1. <u>Jury has not been requested by either party</u>. Mr. Sloan is not sure how long his case will take, but he intends to present only a few witnesses and himself. The parties have estimated 6 days for trial, which may be changed if Mr. Sloan obtains counsel.

D. SETTLEMENT

1. <u>Status of settlement discussions.</u> California counsel and Mr. Sloan discussed a monetary settlement around the holidays. On May 15, 2006, Mr. Sloan indicated he might entertain a non-monetary settlement. The parties will continue their discussions of this option.

```
                              LANDYE BENNETT BLUMSTEIN LLP
                              Attorneys for Chugach Eareckson


5/23/2006_____            s/Kim Dunn _____
Date                          Kim Dunn
                              Alaska Bar No. 8511153


_____            _____
Date                          Thomas M. Sloan, Pro Se
```

Thomas M. Sloan v. Chugach Eareckson Support Services JV
Case No.: 3:05-cv-00295 TMB
Joint Status Report
Page 5 of 5

C. TRIAL

1. <u>Jury has not been requested by either party.</u> Mr. Sloan is not sure how long his case will take, but he intends to present only a few witnesses and himself. The parties have estimated 6 days for trial, which may be changed if Mr. Sloan obtains counsel.

D. SETTLEMENT

1. <u>Status of settlement discussions.</u> California counsel and Mr. Sloan discussed a monetary settlement around the holidays. On May 15, 2006, Mr. Sloan indicated he might entertain a non-monetary settlement. The parties will continue their discussions of this option.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Chugach Eareckson

_____          _____
Date                             Kim Dunn
                                 Alaska Bar No. 8511153

 5-23-06                         /s/ Thomas M. Sloan
_____          _____
Date                             Thomas M. Sloan, Pro Se

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433