Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-Mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Service, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN<br><br>             Plaintiff,<br><br>     v.<br><br>CHUGACH EARECKSON SUPPORT<br>SERVICES JV<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295 (TMB)<br>) |

**MOTION TO DISMISS FOR LACK OF
SUBJECT MATTER JURISDICTION**

Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, hereby moves to dismiss the complaint for lack of subject matter jurisdiction. This motion is supported by the accompanying Memorandum in Support and Affidavit of Robert C. Viramontes filed herewith.

---

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Motion to Dismiss for Lack of Subject Matter Jurisdiction
Page 1 of 2

Dated this 29th day of November, 2006 at Anchorage, Alaska.

          LANDYE BENNETT BLUMSTEIN LLP
          Attorneys for Chugach Eareckson Support Service, Inc.

          s/Kim Dunn
          Kim Dunn
          Alaska Bar No. 8511153
          Landye Bennett Blumstein LLP
          701 West Eighth Avenue, Suite 1200
          Anchorage, Alaska 99501
          Telephone (907) 276-5152
          Facsimile (907) 276-8433
          E-Mail: kimd@lbblawyers.com

Certificate of Service

On November 29, 2006, a true and correct copy of the foregoing document was sent by ☒ mail or ☐ hand-delivery to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

s/Kim Dunn
Kim Dunn

---

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Motion to Dismiss for Lack of Subject Matter Jurisdiction
Page 2 of 2