Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kdunn@lbblaywers.com

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN, <br><br> Plaintiff, <br><br> v. <br><br> CHUGACH EARECKSON SUPPORT SERVICES JV <br><br> Defendant. | Case No. 3:05-cv-00295-TMB |

**AFFIDAVIT OF ROBERT C. VIRAMONTES**

Robert C. Viramontes, being first duly sworn, deposes and states as follows:

1. I am the President of Chugach Development Corporation ("CDC"). I have personal knowledge of the facts stated below as a result of my position with the company or based on review of the business records of CDC, maintained in the ordinary course of business.

2. Chugach Development Corporation is an Alaska corporation formed by Chugach Alaska Corporation, the Alaska Native Claims Settlement Act ("ANCSA") corporation for the Chugach region. At all times relevant to Mr. Sloan's lawsuit (2002-2003), CDC has remained a wholly-owned subsidiary of Chugach Alaska Corporation.

3. The lawsuit filed by Mr. Sloan names Chugach Eareckson Support Services (CESS) as his employer. At all relevant times, CESS was a joint venture between Del-Jen Corporation, a non-ANCSA corporation, and CDC. Del-Jen owned 49 percent of the venture. CDC owned 51 percent of CESS and at all time periods relevant to Mr. Sloan's suit, retained control of the joint venture.

4. Based on its 51 percent ownership of CESS, Chugach Alaska Corporation controlled 51 per cent of CESS during CESS' performance of the Shemya work.

5. CESS was authorized to perform the Eareckson Air Station base maintenance contract on Shemya Island (under which Mr. Sloan was employed) as a result of the government's determination that CESS was owned by a "tribe" under federal law, due to its Alaska Native ownership.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

FURTHER YOUR AFFIANT SAYETH NOT.

_____    11/27/06
Robert C. Viramontes            Date

**ACKNOWLEDGEMENT**

SUBSCRIBED AND SWORN TO me this 27th day of November, 2006.

(SEAL)

_____
Thomas P. Jodwalis
Notary Public for the State of Alaska
My commission expires: 3/15/09

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Affidavit of Robert C. Viramontes
Page 3 of 3