IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

RECEIVED

JAN 2 6 2007

CLERK, U.S. DIST... COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan, )
)
      Plaintiff, )
)
vs. )
)
CHUGACH EARECKSON SUPPORT )
) Case No.: 3:05-cv-00295
SERVICES JV ) (TMB)
)
      Defendant

**ORDER FOR PLAINTIFF'S MOTION**

**TO COMPELL THE DEFENDANT**

**TO PROVIDE DECLARED DISCOVERY DOCUMENTS**

**HELD ON VIEW AT THE OFFICES OF**

**LANDYE BENNETT BLUMSTEIN LLP, 701 WEST EIGHTH AVENUE,**

**SUITE 1200, ANKORAGE, ALASKA 99501**

**TO THE PLAINTIFF THOMAS M. SLOAN**

(Proposed)

    Plaintiff has moved to compell defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, to provide declared discovery documents. Having reviewed the motion the court finds that discovery documents have

- 1

not been provided as ordered. It is hereby ordered that the discovery documents be provided to the plaintiff.

                                              Dated this ___ day of
                                                        _____, 2007

                                        Timothy M. Burgess
                                        United States District Court Judge

Certificate of Service

On January 22nd, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_____
Thomas M. Sloan

- 2