1  IN PRO PER
2  Thomas M. Sloan
   835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none

RECEIVED

JAN 2 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

6          IN THE UNITED STATES DISTRICT COURT
7               FOR THE DISTRICT OF ALASKA

9  Thomas M. Sloan,                )
                                   )
10          Plaintiff,             )
                                   )
11     vs.                         )
                                   )
12  CHUGACH EARECKSON SUPPORT      )
                                   )  Case No.: 3:05-cv-00295
13  SERVICES JV                    )  (TMB)
                                   )
14          Defendant              )
   _____

**ORDER FOR PLAINTIFF'S MOTION**

**TO COMPELL THE DEFENDANT**

**TO PROVIDE DECLARED DISCOVERY DOCUMENTS**

**HELD ON VIEW AT THE OFFICES OF**

**LANDYE BENNETT BLUMSTEIN LLP, 701 WEST EIGHTH AVENUE,**

**SUITE 1200, ANKORAGE, ALASKA 99501**

**TO THE PLAINTIFF THOMAS M. SLOAN**

(Proposed)

    Plaintiff has moved to compell defendant Chugach
Eareckson Support Services by and through its counsel
of record, Landye Bennett Blumstein LLP, to provide
declared discovery documents.    Having reviewed the
motion the court finds that discovery documents have

1  not been provided as ordered.   It is hereby ordered
2  that the discovery documents be provided to the
3  plaintiff.

4

5

6

7                                    Dated this ___ day of
8                                    _____, 2007
9

10

11

12                                   Timothy M. Burgess
                                     United    States    District
13                                   Court Judge

14

15                                   _____

16

17

18  Certificate of Service

19

20  On January 22nd, 2007 a true and correct copy of the
21  foregoing document was sent by mail to the following:

22

23  Kim Dunn

24  Landye Bennett Blumstein LLP

25  701 West Eighth Avenue, Suite 1200

26  Anchorage, Alaska 99501

27

28  Thomas M. Sloan

- 2