1  IN PRO PER
   Thomas M. Sloan
2  835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none

RECEIVED

JAN 2 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

6           IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF ALASKA

8
9  Thomas M. Sloan,                )
                                   )
10          Plaintiff,              )
                                   )
11     vs.                          )
                                   )
12 CHUGACH EARECKSON SUPPORT        )
                                   ) Case No.: 3:05-cv-00295
   SERVICES JV                     ) (TMB)
13                                 )
            Defendant              )
14 _____

15

16              **MOTION TO EXTEND DISCOVERY 90 DAYS**

17     Defendant Chugach Eareckson Support Services by
   and through its counsel of record, Landye Bennett
18 Blumstein LLP, is delaying to the 24th hour an exchange
19 of documents as ordered by the court.  It will be
20 necessary for a 90 day extension to review the
21 defendant's discovery documents.

- 1

Dated this 22nd day of January, 2007 at San Bernardino, California.

Thomas M. Sloan
835 Vine St.
San Bernardino, California 92410
Telephone
(909) 885-2380
Faccsimile : none
E-Mail : none

Certificate of Service

On January 22nd, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_/s/ Thomas M. Sloan_
Thomas M. Sloan