1  IN PRO PER
   Thomas M. Sloan
2  835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none

RECEIVED

JAN 26 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,         )
                         )
        Plaintiff,       )
                         )
    vs.                  )
                         )
CHUGACH EARECKSON SUPPORT)
SERVICES JV              ) Case No.: 3:05-cv-00295
                         ) (TMB)
        Defendant        )

---

**ORDER TO EXTEND DISCOVERY 90 DAYS**

(Proposed)

In a different motion plaintiff has moved to compell defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, to provide declared discovery documents. Having reviewed the motion the court finds that it is necessary for a 90 day extension for plaintiff to review defendant's discovery documents. It is hereby ordered that a 90 day extension for discovery be granted.

- 1

|   |   |
|---|---|
|   | Dated this ___ day of _____, 2007 |
|   | _____<br>Timothy M. Burgess<br>United States District Court Judge |

Certificate of Service

On January 22nd, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

*[signature]*
Thomas M. Sloan

- 2