Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**OPPOSITION TO MOTION TO COMPEL**

Defendant, Chugach Eareckson Support Services, JV ("CESS"), opposes the motion to compel discovery of documents by plaintiff, Thomas M. Sloan. The motion was premature when filed and is now moot.

CESS served its Pre-Discovery Disclosures on Mr. Sloan in August 2006. CESS' disclosures advised that relevant documents in its possession would be made available for plaintiff's inspection and copying, upon his request. In preparation for Mr. Sloan's anticipated request for the documents, CESS

completed a draft attorney-client privilege index and numbered the documents. Mr. Sloan did not respond to defendant's disclosures in 2006.

On January 3, 2007, CESS noticed Mr. Sloan's telephonic deposition for February 1, 2007. Mr. Sloan called undersigned counsel on January 8, 2007, stating he would have to postpone the deposition several weeks, for unstated reasons. During the telephone discussion, Mr. Sloan noted that he had received CESS's disclosures last summer. Mr. Sloan asked that CESS forward copies of its documents to him.

After receiving Mr. Sloan's request, counsel for CESS reviewed the documents to finalize the privilege index and redact protected communications. During this second review, CESS identified other documents of a private nature, about other individuals employed by CESS, as well as confidential documents provided by CESS to the Alaska State Commission for Human Rights. These documents qualify as investigative, private, or personnel records falling under AS 23.10.430. CESS counsel indexed these records as well, stamped them confidential, and pulled them from the production. CESS then prepared a proposed Protective Order for Mr. Sloan's signature. The non-confidential, non-privileged records were mailed to Mr. Sloan on January 23, 2007, along with the

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

proposed Protective Order and an explanatory cover letter, **Exhibit A**. See Affidavit of Kim Dunn, hereto. The mailing was by certified mail, as a result of Mr. Sloan's allegation that he was not receiving all mailings.[1]

Mr. Sloan has not received the documents yet, which may be awaiting pick-up at his U.S. Post Office facility by now. Mr. Sloan has not replied to the Protective Order proposed by CESS. Mr. Sloan filed his motion to compel without contacting me regarding the documents' status.

Assuming Mr. Sloan executes and returns the Protective Order, he will receive copies of all non-privileged documents. Accordingly, plaintiff's motion should be denied absent evidence of noncompliance with the discovery rules.

Dated this 29th day of January, 2007 at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Chugach Earckson Support Services, JV


s/Kim Dunn
Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152

---

[1] Counsel also confirmed with Mr. Sloan that the address used by the court and the parties is still Mr. Sloan's residence. Mr. Sloan alleged that there have been problems with mail in his area, which he suspects arise from nefarious or criminal activities. He reports notifying the authorities about the problem.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

                                        Facsimile (907) 276-8433
                                        E-mail:kimd@lbblawyers.com
                                        Alaska Bar No. 8511153

<u>Certificate of Service</u>

I herby certify that on January 29, 2007, a copy of the foregoing Opposition to Motion to Compel was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433