# LANDYE BENNETT BLUMSTEIN LLP
## ATTORNEYS

| | | |
|---|---|---|
| DAVID BENNETT, P.C. ‡ | ROBERT H. HUME, JR., P.C. | BENJAMIN R. BUHAYAR* |
| DAVID L. BLOUNT, P.C.* | JODEE K. KELLY | DANALYN DALRYMPLE~ |
| PHILIP BLUMSTEIN, P.C. | THOMAS M. LANDYE, P.C.* | JENNIFER L. GATES* |
| DAVID S. CASE, P.C. | MICHELLE K. MCCLURE‡ | JOSHUA D. HODES |
| MITCHEL R. COHEN, P.C.‡ | CHERYL McKAY, P.C. | NOELLE S. KOMPKOFF |
| STUART K. COHEN, P.C.* | ORLANDO MEDINA, P.C.* | KYLE SCIUCHETTI‡ |
| JAMES S. CRANE, P.C. † | JEFFREY S. MUTNICK, P.C.* | |
| KIM DUNN, P.C. | GLEN PRICE, P.C. | *OREGON STATE BAR |
| DAVID N. GOULDER, P.C.* | P. STEPHEN RUSSELL III, P.C.* | †ALASKA AND OREGON STATE BARS |
| KARNA R. GUSTAFSON‡ | THANE W. TIENSON, P.C.‡ | ~ALASKA AND UTAH STATE BARS |
| ROBERT B. HOPKINS, P.C.* | RICHARD S. YUGLER‡ | +ALASKA AND WASHINGTON STATE BARS |
| | | ‡WASHINGTON AND OREGON STATE BARS |
| | | ^IDAHO AND OREGON STATE BARS |

ALL OTHERS ALASKA STATE BAR ONLY

January 23, 2007

Thomas M. Sloan
835 West Vine Street
San Bernardino, California 92410

*Via Certified Mail*

Re: Document Request
Our File No.: A-01739.006

Dear Mr. Sloan:

Enclosed are documents CE – 000001 to CE – 000501 as referenced in Chugach Eareckson's Initial Disclosures.

*[Handwritten: P.S. – I have received no date for deposition from you so far, despite request. Please state when you are available.]*

You will see some skips in the numbering. We have listed the "skips" on the enclosed table.

- We have taken out documents that are subject to the attorney client or work product privilege. Generally you would not be entitled to receive these documents without successfully filing a motion to get them.

- We have also taken out documents that are of the type that could implicate the privacy of other individuals or CESS employees. We do not know which, if any, of these documents you might already have copies of. However, we believe that these documents are entitled to some protection against misuse. You can receive these documents if you sign the simplified protective order enclosed herewith. We need to file it with the court if you sign it. Then we will send you the documents, stamped "confidential."

The charge for copying is $75.15. If you have any questions please call.

*[Handwritten: Exhibit A, Page 1 of 2]*



Alaska: 701 West Eighth Avenue, Suite 1200 • Anchorage, Alaska 99501 • Tel: 907.276-5152 • Fax: 907.276-8433
531 South Cobb Street • P.O. Box 4739 • Palmer, Alaska 99645 • Tel: 907.746-5971 • Fax: 907.746-5972
Oregon: 1300 S.W. Fifth Avenue, Suite 3500 • Portland, Oregon 97201 • Tel: 503.224-4100 • Fax: 503.224-4133

LANDYE BENNETT BLUMSTEIN LLP
ATTORNEYS

Thomas Sloan
January 23, 2007
Page 2

Very truly yours,

LANDYE BENNETT BLUMSTEIN LLP

Kim Dunn

Enclosure: (1) CE-000001 to CE-000501
(2) Protective Order
(3) Privilege/Confidential List

cc: Chugach Eareckson

Exhibit A
Page 2 of 7

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN<br><br>    Plaintiff,<br><br>    v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

## PROTECTIVE ORDER

The parties hereto, Chugach Eareckson Support Services, ("CESS") defendant, and Thomas Sloan, plaintiff, have stipulated and agreed that:

A.  Certain documents requested to be disclosed and copied by Mr. Sloan for purposes of this litigation, are in the nature of confidential records maintained by employers concerning employees, and have been stamped "Confidential."

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 1 of 4

Exhibit A
Page 3 of 7

B. Prior to disclosure to plaintiff, such documents would be protected as part of the confidential files of the Alaska State Commission on Human Rights, the federal Equal Employment Opportunity Commission, or the confidential personnel records of CESS.

C. By producing such personnel or investigative records in this litigation, CESS does not thou by intend to waive, alter or undermine the privacy expectations or protections otherwise held by or available to the individuals who are the subject of, or addressed in, such documents.

D. As a condition of receiving the disclosed documents, plaintiff has agreed to disclose or distribute documents stamped "Confidential" by CESS, only to (1) plaintiff's retained litigation consultants or experts, and (2) any attorneys he may retain to assist him in this litigation. Such disclosures shall be exclusively for legitimate purposes of this litigation. Following the termination of this litigation, plaintiff shall return the documents stamped "Confidential" to CESS, or destroy such documents in a manner that protects the data from disclosure (such as shredding).

E. Plaintiff may distribute, copy or disclose the documents to persons other than those identified in (D) above, only if: (1) the parties mutually agree in writing or by

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 2 of 4

Exhibit A
Page 4 of 7

stipulation, to wider disclosure or use; (2) all individual(s) who are the subject of the document authorize disclosure in writing, with a copy of such authorization supplied to CESS' counsel; <u>or</u> (3) the court authorizes disclosure.

  F. In no case may the documents be used for any purpose that is collateral to this litigation: including any attempt to elicit support or action from administrative agencies or law enforcement, launching new lawsuits against entities or individuals, or questioning witnesses or third parties who were not clearly disclosed authors of the original documents. Any collateral use must be clearly authorized in advance by one of the methods provided in (E), above.

Date: _____  _____
                   Thomas M. Sloan, Pro Se
                   835 West Vine Street
                   San Bernardino, CA 92410

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 3 of 4

Exhibit __A__
Page __5__ of __7__

```
                              LANDYE BENNETT BLUMSTEIN LLP
                              Attorneys for Chugach Earckson Support
                              Services, JV


Date: _____         _____
                              Kim Dunn
                              Landye Bennett Blumstein LLP
                              701 West Eighth Avenue, Suite 1200
                              Anchorage, Alaska 99501
                              Telephone (907) 276-5152
                              Facsimile (907) 276-8433
                              E-mail:kimd@lbblawyers.com
                              Alaska Bar No. 8511153



Certificate of Service

On January ____, 2007, a true and correct
copy of the foregoing document was sent
by ☐ mail or ☐ hand-delivery to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


_____
Winter Hamrick
```

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 4 of 4

Exhibit A
Page 4 of 7

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 0510 0003 4242 9674

1·23·07   01739·006

| | |
|---|---|
| Postage | $ 10.90 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | 3.70 |
| Total Postage & Fees | $ 18.85 |

Sent To: Thomas Sloan
Street, Apt. No. or PO Box No. 835 West Vine Street
City, State, ZIP+4 San Bernardino CA 92410

PS Form 3800, January 2001       See Reverse for Instructions

Exhibit A
Page 7 of 7