Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN, <br><br> Plaintiff, <br><br> v. <br><br> CHUGACH EARECKSON SUPPORT SERVICES JV, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:05-cv-00295-TMB <br> ) |

**NOTICE OF ATTACHING PROPOSED ORDER
TO OPPOSITION TO MOTION TO COMPEL**

Defendant, Chugach Eareckson Support Services, gives notice of submitting a Proposed Order to be attached to Defendants' Opposition to Motion to Compel filed on January 29, 2007 at docket #43.

Dated this 29th day of January, 2007 at Anchorage, Alaska.

> LANDYE BENNETT BLUMSTEIN LLP
> Attorneys for Chugach Earckson Support Services, JV
>
> s/Kim Dunn
> Kim Dunn
> Landye Bennett Blumstein LLP
> 701 West Eighth Avenue, Suite 1200
> Anchorage, Alaska 99501
> Telephone (907) 276-5152
> Facsimile (907) 276-8433
> E-mail:kimd@lbblawyers.com
> Alaska Bar No. 8511153

Certificate of Service

I herby certify that on January 29, 2007, a copy of the foregoing Notice of Filing Proposed Order was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Notice of Attaching Proposed Order to Opposition to Motion to Compel
Page 2 of 2