Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN, <br><br> Plaintiff, <br><br> v. <br><br> CHUGACH EARECKSON SUPPORT SERVICES JV, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:05-cv-00295-TMB <br> ) |

**ORDER DENYING MOTION TO COMPEL**
**[PROPOSED]**

The Court having considered Chugach Eareckson's Opposition to Motion for Compel and the arguments for and against that motion HEREBY ORDERS that the Plaintiff's Motion to Compel Discovery Documents is DENIED.

Dated this _____ day of _____, 2007.

_____
Timothy M. Burgess
United States District Court Judge

Certificate of Service

I herby certify that on January 29, 2007, a copy of the foregoing Opposition to Motion to Compel Proposed Order was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Opposition to Motion to Compel Proposed Order
Page 2 of 2