Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>　　　　　Defendant. | Case No. 3:05-cv-00295-TMB |

**PARTIAL OPPOSITION TO PLAINTIFF'S
MOTION TO EXTEND DEADLINE**

Mr. Sloan has moved to delay the close of discovery 90 days, based on alleged delays of CESS. CESS has not obstructed Mr. Sloan's ability to prosecute his claims, and the extension is sought only for Mr. Sloan's convenience.

CESS acknowledges that certain factors suggest that some delay is appropriate:

(1) CESS filed a dispositive motion to dismiss Mr. Sloan's complaint, on November 29, 2006. The time for filing any opposition elapsed December 18, 2006.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Plaintiff did not file any opposition. The court has not yet issued a ruling or request for response. On January 8, 2007, Mr. Sloan alleged that he had not received anything from CESS since last summer. CESS, in response, gave plaintiff an index of communications and requested that he affirmatively note which documents he did not receive. It is anticipated that plaintiff will deny receiving the motion filed by CESS. If Mr. Sloan is not willing to dismiss his complaint voluntarily, and seeks to pursue his claims, then he might request an extension of time to oppose CESS's dispositive motion.

(2) Mr. Sloan has stated that it won't work to have his deposition taken February 1, 2007, and that he needs more than 2 weeks delay of his deposition. CESS asked him, twice in writing, to supply a new date that would work for him. He has not responded. CESS has now cancelled the February 1, 2007 deposition, and is still awaiting Mr. Sloan's scheduling information.

(3) Although Mr. Sloan has undertaken no discovery other than asking for copies of CESS' documents on January 8, 2007, CESS served written discovery requests on plaintiff in December, 2006. Because Mr. Sloan is not a lawyer, it is not known how much time he needs to complete and return defendant's discovery.

Virtually all of the relevant evidence on Mr. Sloans' claims was developed and heard in connection with Mr. Sloan's unsuccessful claim for Workers Compensation benefits. However, because the Workers Compensation claim focused on October, 2003 issues, and Mr. Sloan's sexual harassment claim also raises issues from June 2003, limited additional discovery will be required if this case is to proceed on the

merits. Once Mr. Sloan agrees to be deposed, it is anticipated that defense discovery will be complete.

Undersigned counsel has a two-week Superior Court trial beginning April 16, 2007 (trailing), prejudicing CESS ability to perform discovery during April and the first two weeks of May. For that reason CESS requests that if the close of discovery is postponed, the deadline be either March 31 or May 31, but not a date that requires efforts or response from CESS in April or early May.

In addition, as a condition of any delay in trial readiness dates, CESS requests that Mr. Sloan be advised that he must commit to a deposition date to occur before February 28, 2007, absent a showing of substantial good cause or CESS' consent to an extension.

A proposed order is filed herewith.

Dated this 29th day of January, 2007 at Anchorage, Alaska.

                                    LANDYE BENNETT BLUMSTEIN LLP
                                    Attorneys for Chugach Earckson Support Services, JV

                                    s/Kim Dunn
                                    Kim Dunn
                                    Landye Bennett Blumstein LLP
                                    701 West Eighth Avenue, Suite 1200
                                    Anchorage, Alaska 99501
                                    Telephone (907) 276-5152
                                    Facsimile (907) 276-8433
                                    E-mail:kimd@lbblawyers.com

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Alaska Bar No. 8511153

Certificate of Service

I herby certify that on January 29, 2006, a copy of the foregoing Partial Opposition to Plaintiff's Motion to Extend Deadline was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433