Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**ORDER GRANTING PARTIAL EXTENSION FOR DEADLINES**
**[PROPOSED]**

The Court having considered Chugach Eareckson's Partial Opposition to Plaintiff's Motion to Extend Deadlines HEREBY ORDERS an extension is GRANTED on the terms specified below.

(1) Plaintiff shall cooperate in scheduling his telephonic deposition no later than February 28, 2007, in light of the fact that defendant CESS issued deposition notice January 3, 2007, and plaintiff has not supplied

cause for delaying his deposition. This deadline may be waived by CESS, or may be extended if plaintiff establishes good cause by motion and affidavit.

(2) Plaintiff will ensure that his discovery efforts do not require action from CESS' counsel during the period of April 1 through May 15, 2007.

(3) The new deadline for discovery is _____. Accordingly, the follow deadlines are also extended, from the original May 31, 2006 Scheduling Order:

| Deadline | Prior Deadline | New Deadline |
|---|---|---|
| Final Witness List | March 1, 2007 | |
| All Motions Due | March 1, 2007 | |
| Dispositive Motions | March 1, 2007 | |

Dated this _____ day of _____, 2007.

_____
Timothy M. Burgess
United States District Court Judge

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

I herby certify that on January 29, 2007, a copy of the foregoing Order Granting Partial Extension for Deadlines was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn
_____

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Order Granting Partial Extension for Deadlines
Page 2 of 2