# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 THOMAS M. SLOAN    v.  CHUGACH EARECKSON SUPPORT SERVICES JV

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                              CASE NO.   3:05-cv-00295-TMB

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    Date: January 30, 2007

        Plaintiff Thomas M. Sloan has filed a motion under one or
more of discovery Rules 26 or 30 through 34, Federal Rules of
Civil Procedure.  Movant has not certified that counsel have
conferred with respect to this motion as required by
Rule 37(a)(2)(A) or (B) or (d), Federal Rules of Civil Procedure.
This motion will not be forwarded to the assigned judge for
disposition until the certification is made.  If no certificate
or report is filed within fourteen (14) days from the date of
this minute order, the motion will be stricken.