```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none
```

RECEIVED
JAN 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan, )
     Plaintiff, )
  vs. )
CHUGACH EARECKSON SUPPORT )
SERVICES JV ) Case No.: 3:05-cv-00295
     Defendant ) (TMB)

**MOTION TO COMPEL THE DEFENDANT TO PROVIDE DISCOVERY DOCUMENTS USED TO PREPARE THE DEPOSITIONS OF IT'S WITNESS'S PRESENTED TO THE ALASKAN WORKER'S COMPENSATION BOARD, WITNESSES ARE DANA CAMPBELL, TIM CHRISTMAN AND DOUGLAS FEAZELL**

Defendant Chugach Eareckson Support Services by and through its counsel of record, for the Alaskan Worker's Compensation case, has admitted to the existence of these documents but claims that by producing these documents would cause them a great amount of inconvenience.

- 1

```
                              Dated this 29th day of
                              January, 2007 at San
                              Bernardino, California.



                              _____
                              Thomas M. Sloan
                              835 Vine St.
                              San Bernardino,
                              California 92410
                              Telephone
                              (909) 885-2380
                              Facsimile: none
                              E-Mail : none
```

Certificate of Service

On January 29th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*/s/ Thomas M. Sloan*
_____
Thomas M. Sloan

- 2 -