IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none

RECEIVED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,

   Plaintiff,

vs.

CHUGACH EARECKSON SUPPORT SERVICES JV

   Defendant

Case No.: 3:05-cv-00295 (TMB)

**ORDER FOR PLAINTIFF'S MOTION TO COMPEL THE DEFENDANT TO PROVIDE DISCOVERY DOCUMENTS USED TO PREPARE THE DEPOSITIONS OF IT'S WITNESS'S PRESENTED TO THE ALASKAN WORKER'S COMPENSATION BOARD, DANA CAMPBELL, TIM CHRISTMAN AND DOUGLAS FEAZELL**

(proposed)

  Plaintiff has moved to compel defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, to provide discovery documents. Having reviewed the motion the court orders that the discovery documents be provided to the plaintiff.

- 1 -

```
                                Dated this ___ day of
                                _____, 2007


                                _____
                                Timothy M. Burgess
                                United States District
                                Court Judge
```

Certificate of Service

On January 29th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*/s/ Thomas M. Sloan*

Thomas M. Sloan