IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none

RECEIVED
JAN 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,

Plaintiff,

vs.

CHUGACH EARECKSON SUPPORT SERVICES JV

Defendant

Case No.: 3:05-cv-00295 (TMB)

**MOTION TO ENTER DOCUMENTS INTO DISCOVERY AND PROPOSE WITNESS'S**

Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP originally agreed to enter documents for discovery as a convience for the court. By delaying transfer of discovery documents I am unable to determine if all the documents I provided were entered. I wish to enter at this time memos by Carl Sagert, Robert Ordahl, and Donald Dougerty. I'm also entering references by Rick Scates, Michael Whitmill, Keben Kiilehua, and Larry Peterson. I'm also entering all documents produced by my other motion dated January 29, 2007, a letter of

termination by Donald Dougerty, and a statement by Linda Rockstead. Also the testimonies in the State of Alaska Worker's Compensation hearing of Donald Dougerty, Michael Whitmill, and Carl Sagert.

Proposed witness' are Stacy Pascal, Remedo Doctor and James Brown.

Dated this 29th day of January, 2007 at San Bernardino, California.

Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile: none
E-Mail: none

Certificate of Service

On January 29th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

Thomas M. Sloan