```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none
```



RECEIVED
JAN 3 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,  )
      Plaintiff,  )
  vs.  )
CHUGACH EARECKSON SUPPORT  )  Case No.: 3:05-cv-00295
SERVICES JV  )  (TMB)
      Defendant  )

### ORDER FOR PLAINTIFF'S MOTION TO ENTER DOCUMENTS INTO DISCOVERY AND PROPOSED WITNESSES

(proposed)

After reviewing plaintiff's motion to enter documents into discovery and proposed witnesses the court orders that the discovery documents and the proposed witness' are entered into discovery.

- 1

Dated this ___ day of
_____, 2007

_____
Timothy M. Burgess
United States District Court Judge

_____

Certificate of Service

On January 29th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

*[signature]*
Thomas M. Sloan

- 2