# NOTICE OF NON-COMPLIANCE WITH RULES

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

To:    Thomas M. Sloan                         Case Number:   3:05-cv-00295-TMB
       835 Vine Street                         Case Title:    Sloan v Chugach Eareckson
       San Bernardino, CA 92410                Docket No:     49 & 50

Document Title:   49 - Motion to Compel Defendant to Provide Discovery and 50 - Motion to Enter Documents Into Discovery

**Part I. This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:**

LR 3.1 Papers to Accompany Filing          LR 10.1 Form of Pleading
___(a) Cover Sheet missing                 ___ (a) General - see Comments Below
                                           ___ (b) No Chamber copy(s)-copy charge
___OTHER (see comments)
                                           Amount Due: $_____
*********************************************************************************************************

**Part II. This form is being sent to advise you that document(s) are being returned for the following reasons:**

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed          ___ Pursuant to Court Order

___ Depositions are not routinely filed                  ___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed
*********************************************************************************************************

**Part III. This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, if not corrected within 7 days:**

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
 **XX**(f) Documents are not signed.                      ___ OTHER (see comments)

LR 5.1 Proof of Service
___No proof of service on the document filed
*********************************************************************************************************

**Comments:** _____

_____

_____

_____

_____

Name:    Linda Christensen                     Date:    January 31, 2007

Distribution:
Original to filing party; copy to Assigned Judicial Officer; copy to case file

Revised: April, 2004