Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHUGACH EARECKSON SUPPORT<br>SERVICES JV<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**NOTICE BY DEFENDANT REGARDING
PLAINTIFF'S DOCKET #49 and #50**

Plaintiff Sloan has filed new motions, which appears to seek either discovery or trial admission of information or documents. The new motions suffer from the same problem as the Motion to Compel filed on January 26, 2007 (see Minute Order from Chambers dated January 30, 2007, Docket # 48). Mr. Sloan has not contacted undersigned counsel about the motions, nor are the motions easy to interpret without explanation. In addition the motions are unsigned.

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Notice to Court
Page 1 of 2

Accordingly, Chugach Eareckson Support Services will not prepare an opposition at this time, pending additional direction from the court or proper certification by Mr. Sloan.

Dated this 1st day of February, 2007 at Anchorage, Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Chugach Earckson Support Services, JV


s/Kim Dunn
Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail:kimd@lbblawyers.com
Alaska Bar No. 8511153

Certificate of Service

I herby certify that on February 1, 2007, a copy of the foregoing Notice by Defendant Regarding Plaintiff's Docket #49 and #50 was served by U.S. Mail on Thomas M. Sloan, 835 West Vine Street, San Bernardino, CA 92410.

s/Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Notice to Court
Page 2 of 2