

IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,            )
                            )
         Plaintiff,         )
                            )
    vs.                     )
                            )
CHUGACH EARECKSON SUPPORT   )
                            ) Case No.: 3:05-cv-00295
SERVICES JV                 ) (TMB)
                            )
         Defendant          )

**MOTION TO COMPEL THE DEFENDANT TO PROVIDE DISCOVERY DOCUMENTS USED TO PREPARE THE DEPOSITIONS OF IT'S WITNESS'S PRESENTED TO THE ALASKAN WORKER'S COMPENSATION BOARD, WITNESSES ARE DANA CAMPBELL, TIM CHRISTMAN AND DOUGLAS FEAZELL**

Defendant Chugach Eareckson Support Services by and through its counsel of record, for the Alaskan Worker's Compensation case, has admitted to the existence of these documents but claims that by producing these documents would cause them a great amount of inconvenience.

- 1

Dated this 29th day of January, 2007 at San Bernardino, California.

*Thomas M. Sloan*
Thomas M. Sloan
835 Vine St.
San Bernardino, California 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail : none

Certificate of Service

On January 29th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*Thomas M. Sloan*
Thomas M. Sloan

- 2