```
1   IN PRO PER
    Thomas M. Sloan
2   835 Vine St.
    San Bernardino, CA, 92410
3   Telephone (909) 885-2380
    Facsimile : none
4   E-Mail : none
```



RECEIVED
FEB 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,                )
                                )
        Plaintiff,               )
                                )
    vs.                          )
                                )
CHUGACH EARECKSON SUPPORT       )
                                )  Case No.: 3:05-cv-00295
SERVICES JV                     )  (TMB)
                                )
        Defendant                )
_____

**MOTION TO EXTEND DISCOVERY 90 DAYS**

Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, is delaying to the 24th hour an exchange of documents as ordered by the court. It will be necessary for a 90 day extension to review the defendant's discovery documents.

- 1

Dated this 22nd day of January, 2007 at San Bernardino, California.

*[signature: Thomas M. Sloan]*

Thomas M. Sloan
835 Vine St.
San Bernardino, California 92410
Telephone (909) 885-2380
Faccsimile : none
E-Mail : none

Certificate of Service

On January 22nd, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*[signature: Thomas M. Sloan]*

Thomas M. Sloan

- 2

```
1  IN PRO PER
   Thomas M. Sloan
2  835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none
```



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan, )
  Plaintiff, )
vs. )
CHUGACH EARECKSON SUPPORT )
SERVICES JV ) Case No.: 3:05-cv-00295
  ) (TMB)
  Defendant )

**MOTION TO COMPELL THE DEFENDANT**

**TO PROVIDE DECLARED DISCOVERY DOCUMENTS**

**HELD ON VIEW AT THE OFFICES OF**

**LANDYE BENNETT BLUMSTEIN LLP, 701 WEST EIGHTH AVENUE,**

**SUITE 1200, ANKORAGE, ALASKA 99501**

**TO THE PLAINTIFF THOMAS M. SLOAN**

Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, is delaying to the 24th hour an exchange of documents as ordered by the court.

- 1

Dated this 22nd day of January, 2007 at San Bernardino, California.

_(signed)_ Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Faccsimile : none
E-Mail : none

Certificate of Service

On January 22nd, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_(signed)_
Thomas M. Sloan