

1  IN PRO PER
2  Thomas M. Sloan
   835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile: none
4  E-Mail: none

5
        IN THE UNITED STATES DISTRICT COURT
6          FOR THE DISTRICT OF ALASKA
7

8  Thomas M. Sloan,                )
                                   )
9         Plaintiff,                )
                                   )
10       vs.                        )
                                   )
11 CHUGACH EARECKSON SUPPORT        )
                                   ) Case No.: 3:05-cv-00295
12 SERVICES JV                      ) (TMB)
                                   )
13       Defendant                  )

14

15      **MOTION TO ENTER DOCUMENTS INTO**
16      **DISCOVERY AND PROPOSE WITNESS'S**

17

18 Defendant Chugach Eareckson Support Services by and
19 through its counsel of record, Landye Bennett Blumstein
20 LLP originally agreed to enter documents for discovery
21 as a convience for the court. By delaying transfer of
22 discovery documents I am unable to determine if all the
23 documents I provided were entered. I wish to enter at
24 this time memos by Carl Sagert, Robert Ordahl, and
25 Donald Dougerty. I'm also entering references by Rick
26 Scates, Michael Whitmill, Keben Kiilehua, and Larry
27 Peterson. I'm also entering all documents produced by
28 my other motion dated January 29, 2007, a letter of

- 1

1  termination by Donald Dougerty, and a statement by
2  Linda Rockstead. Also the testimonies in the State of
3  Alaska Worker's Compensation hearing of Donald
4  Dougerty, Michael Whitmill, and Carl Sagert.
5  Proposed witness' are Stacy Pascal, Remedo Doctor and
6  James Brown.

```
 1
 2                                    Dated this 29th day of
                                      January, 2007 at San
 3                                    Bernardino, California.
 4
 5
 6                                    _____
                                      Thomas M. Sloan
 7                                    835 Vine St.
                                      San Bernardino,
 8                                    California 92410
                                      Telephone
 9                                    (909) 885-2380
                                      Facsimile: none
10                                    E-Mail: none
11
12
13
14
15   Certificate of Service
16
17   On January 29th, 2007 a true and correct copy of the
18   foregoing document was sent by mail to the following:
19
20   Kim Dunn
21   Landye Bennett Blumstein LLP
22   701 West Eighth Avenue, Suite 1200
23   Anchorage, Alaska 99501
24
25   _____
26   Thomas M. Sloan
27
28
```

- 3 -