IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN,<br><br>               Plaintiff,<br><br>   vs.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>               Defendant. | Case No. 3:05-cv-00295 TMB<br><br>O R D E R |

        On November 29, 2006, Defendant filed a motion to dismiss for lack of subject matter jurisdiction. (Docket No. 39) As of the date of this Order, Plaintiff has filed no opposition to the motion to dismiss. Under Local Rule 7.1(d)(1), "[f]ailure to include proper materials in support of, or in opposition to, a motion...subjects the motion to summary ruling by the court." If the failure is by the opposing party, "the motion will be well taken."

        The Ninth Circuit has held that failure to follow a district court's local rules is a proper grounds for dismissal.[1] Before dismissing a case, courts must consider "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases of their merits; and (5) the availability of less drastic sanctions."[2] The Court has considered these factors. While the Court believes that the first three factors weigh in favor of dismissal, the last two weigh in favor of allowing Plaintiff, who filed this action pro se and has otherwise been participating in the litigation, additional time to respond to the motion to dismiss. He will therefore be given 10 days from the date of this Order to file an opposition to the motion to dismiss. If no opposition is filed, the Court will dismiss this action.

---

[1] *Ghazali v. Moran*, 46 F.3d 52, 53 (1995).

[2] *Id.* (*quoting Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir.1986)).

Dated at Anchorage, Alaska, this 9th day of February, 2007.

/s/ Timothy Burgess

Timothy M. Burgess

United States District Judge