```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```

RECEIVED
FEB 0 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　)
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
CHUGACH EARECKSON SUPPORT　　　 )
　　　　　　　　　　　　　　　　) Case No.: 3:05-cv-00295
SERVICES JV　　　　　　　　　　 ) (TMB)
　　　　　　　　　　　　　　　　)
　　　　Defendant

**NOTICE OF ATTACHING PROPOSED ORDER**

**TO REPLY TO OPOSITION TO MOTION TO COMPEL**

　　Plaintiff gives notice of submitting a proposed order to be attached to the plaintiff's reply to defendant's opposition to motion to compel filed on January 29th, 2007, at docket #43.

- 1 -

```
                                Dated this 6th day of
                                February 2007 at
                                San Bernardino, California.


                                _____
                                Thomas M. Sloan
                                835 Vine St.
                                San Bernardino,
                                California 92410
                                Telephone
                                (909) 885-2380
                                Facsimile: none
                                E-Mail : none
```

Certificate of Service

On February 6th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_____
Thomas M. Sloan

- 2