1  IN PRO PER
2  Thomas M. Sloan
   835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile: none
4  E-Mail: none

RECEIVED
FEB 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,           )
                           )
         Plaintiff,        )
                           )
    vs.                    )
                           )
CHUGACH EARECKSON SUPPORT  )
                           ) Case No.: 3:05-cv-00295
SERVICES JV                ) (TMB)
                           )
         Defendant         )

(Addendum To)

**MOTION TO COMPEL THE DEFENDANT TO PROVIDE DISCOVERY DOCUMENTS USED TO PREPARE THE DEPOSITIONS OF IT'S WITNESSES PRESENTED TO THE ALASKAN WORKER'S COMPENSATION BOARD, WITNESSES ARE DANA CAMPBELL, TIM CHRISTMAN AND DOUGLAS FEAZELL**

Certificate of Conference

There was an unsuccessful conference with Kim Dunn counsel for defendant Chugach Eareckson Support Services on 1 February, 2007, I followed up with a letter of conference on 5 February 2007. I have been requesting these documents from CESS since 2005.

- 1

```
                                  Dated this 8th day of
                                  February, 2007 at
                                  San Bernardino, California.


                                  /s/ Thomas M. Sloan
                                  Thomas M. Sloan
                                  835 Vine St.
                                  San Bernardino,
                                  California 92410
                                  Telephone
                                  (909) 885-2380
                                  Facsimile: none
                                  E-Mail : none
```

Certificate of Service

On February 8th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

/s/ Thomas M. Sloan

Thomas M. Sloan

- 2