# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

THOMAS M. SLOAN    v.    CHUGACH EARECKSON SUPPORT SERVICES JV

THE HONORABLE TIMOTHY M. BURGESS

DEPUTY CLERK                           CASE NO.  3:05-CV-00295-TMB

 Natalie Day

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    Date: February 14, 2007

          Plaintiff has filed a motion to compel (docket 54) under one or more of discovery Rules 26 or 30 through 34, Federal Rules of Civil Procedure.  Movant has not certified that counsel have conferred with respect to this motion as required by Rule 37(a)(2)(A) or (B) or (d), Federal Rules of Civil Procedure. This motion will not be forwarded to the assigned judge for disposition until the certification is made.  If no certificate or report is filed within fourteen (14) days from the date of this minute order, the motion will be stricken.