Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Service, JV

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN,<br><br>        Plaintiff,<br><br>    v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>        Defendant. | Case No. 3:05-cv-00295-TMB |

**NOTICE OF DEFENDANT'S INTENT TO OPPOSE**

Counsel for Chugach Eareckson Support Service's ("CESS") has interpreted and organized the multiple filings made by plaintiff as follows:

1. <u>Motion to Compel</u>. Docket Numbers: **41**, 43, 44, 45, 46, 48, 54, 59, 60 and 61. Plaintiff's reply to CESS' opposition (filed January 29, 2007) was due February 6, 2007. Accordingly the motion appears to be ripe.

2. <u>Motion to Extend Discovery</u>. Docket Numbers: **42**, 45, 47 and 55. Plaintiff's reply was due on February 6, 2007. This motion also appears to be ripe.

3. <u>Motion to Compel Workers Comp Documents</u>. Docket Numbers: **49**, 52, 53, 58, and 60. The docket annotation regarding motion 53 states that docket 53 and 49 are duplicates, and strikes docket #53. However, CESS' review indicates docket #53 is signed, whereas docket #49 was unsigned. Docket #53 appears to be an attempt to comply with notice from the clerk (#51). Opposition from CESS due <u>February 26, 2007</u>.

4. <u>Motion to Enter Documents and Witnesses</u>. Docket Numbers: **50**, 51, 52 and 56. CESS' opposition is due <u>February 26, 2007</u>.

Counsel for CESS requests that the motions be reviewed together, when all are ripe, as they all relate to a core group of allegations by Mr. Sloan, which are disputed by CESS.

Dated this 20th day of February, 2007, at Anchorage Alaska.

    LANDYE BENNETT BLUMSTEIN LLP
    Attorneys for Chugach Eareckson
    Support Service, JV


    s/Kim Dunn
    Kim Dunn
    Landye Bennett Blumstein LLP
    701 West Eighth Avenue, Suite 1200
    Anchorage, Alaska 99501
    Telephone (907) 276-5152
    Facsimile (907) 276-8433
    E-mail: kimd@lbblawyers.com
    Alaska Bar No. 8511153

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Certificate of Service

On February 20, 2007, a true and correct copy of the foregoing document was sent by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433