IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

RECF ⎯⎯
FEB 1 ( 2007
CLERK, U.S. DI⎯
ANCHORAGE ⎯⎯

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,           )
                           )
        Plaintiff,         )
                           )
    vs.                    )
                           )
CHUGACH EARECKSON SUPPORT  )
                           ) Case No.: 3:05-cv-00295
SERVICES JV                ) (TMB)
                           )
        Defendant          )
_____

**MOTION FOR DEFAULT**

I Thomas M. Sloan move for default under the following Federal Rule 26.5.B.1.  For the following reason; the defendant failed to follow the rules of the court for an exchange of prediscovery documents.  To be exchanged by June 30th, 2006.

- 1

1
2
3
4    Dated this 12th day of February, 2007
5    At San Bernardino, California.
6
7
8    *[signature]*
9    Thomas M. Sloan
     835 Vine St.
10   San Bernardino,
     California 92410
11   Telephone
     (909) 885-2380
12   Facsimile : none
     E-Mail : none
13
14
15
16   Certificate of Service
17
18   On February 12th, 2007 a true and correct copy of the
19   foregoing document was sent by mail to the following:
20
21   Kim Dunn
22   Landye Bennett Blumstein LLP
23   701 West Eighth Avenue, Suite 1200
24   Anchorage, Alaska 99501
25
26   *[signature]*
27   Thomas M. Sloan
28