1   IN PRO PER
    Thomas M. Sloan
2   835 Vine St.
    San Bernardino, CA, 92410
3   Telephone (909) 885-2380
    Facsimile: none
4   E-Mail: none

RECEIVED

FEB 1 0 2007

CLERK, U.S. ........ COURT
ANCHORAGE, ALASKA

6              IN THE UNITED STATES DISTRICT COURT
7                 FOR THE DISTRICT OF ALASKA

9   Thomas M. Sloan,                    )
                                        )
10         Plaintiff,                   )
                                        )
11     vs.                              )
                                        )
12  CHUGACH EARECKSON SUPPORT           )
                                        ) Case No.: 3:05-cv-00295
    SERVICES JV                         ) (TMB)
13                                      )
           Defendant                    )
14  _____

17        **ORDER FOR PLAINTIFF'S MOTION FOR DEFAULT**

                       (proposed)

20        After reviewing plaintiff's motion for default
21  under Federal Rule 26.5.B.1, motion for default order
22  is hereby granted.

- 1

1                                Dated this ___ day of

2                               _____, 2007

6                                Timothy M. Burgess
                                  United    States    District
7                                Court Judge

12 Certificate of Service

14 On February 12th, 2007 a true and correct copy of the

15 foregoing document was sent by mail to the following:

17 Kim Dunn

18 Landye Bennett Blumstein LLP

19 701 West Eighth Avenue, Suite 1200

20 Anchorage, Alaska 99501

22 _____

23 Thomas M. Sloan