```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```

RECEIVED
FEB 16 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,

    Plaintiff,

vs.

CHUGACH EARECKSON SUPPORT SERVICES JV

    Defendant

Case No.: 3:05-cv-00295 (TMB)

**OPPOSITON TO MOTION TO DISMISS**

**FOR LACK OF JURISDICTION FILED BY CESS**

    Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, is alleging that the defendant is immune from litigation through the Native Claim Act. The Native Claims Act supports an Alaskan native hiring practice and promotional preference for village members and or Alaskan natives.

Alaskan Native Claims Act does not mention protection from sexual harassment nor does it protect other racial groups or individuals from committing criminal acts.

- 1 -

In this instance there was one Alaskan native who was highly qualified for the position of supervisor. He was not even considered for the opening by CESS. The two individuals, Carl Sagert and Douglas Feazell, are not Alaskan natives or village members. Carl Sagert is a Caucasian who maintains a residence in Skull Valley, Arizona. Douglas Feazell is a Caucasian who maintains a residence in Biloxi, Mississippi. Both allege to be members of the Aryan brotherhood, and present the image of "Skinheads."

The intent of the Native Preference clause was to promote self sufficiency in local Alaskan native communities. It was never meant to shelter the criminal activities of other non-Alaskan native groups.

```
 1
 2
 3                                          Dated this 15th day of
                                            February, 2007
 4                                          At San Bernardino,
                                            California.
 5
 6
                                            _____
 7                                          Thomas M. Sloan
                                            835 Vine St.
 8                                          San Bernardino,
                                            California 92410
 9                                          Telephone
                                            (909) 885-2380
10                                          Facsimile : none
                                            E-Mail : none
11
12
13
14
   Certificate of Service
15
16
   On February 15th, 2007 a true and correct copy of the
17
   foregoing document was sent by mail to the following:
18
19
   Kim Dunn
20
   Landye Bennett Blumstein LLP
21
   701 West Eighth Avenue, Suite 1200
22
   Anchorage, Alaska 99501
23
24
   _____
25
   Thomas M. Sloan
26
27
28
```

- 3 -