IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,            )
                            )
         Plaintiff,         )
                            )
     vs.                    )
                            )
CHUGACH EARECKSON SUPPORT   )
                            ) Case No.: 3:05-cv-00295
SERVICES JV                 ) (TMB)
                            )
         Defendant          )

**AFFIDAVIT OF THOMAS SLOAN**

In April of 2003, Carl Sagert was discovered smoking marijuana by a fellow employee, and reported to CESS management. In May of 2003, Carl Sagert and Douglas Feazel damaged all the operational radios on Shemya Island; including the ground net and all the air-to-ground radios. This almost caused a near-miss with an Air Force cargo jet and a BASH crew operating on the runway.

This incident contributed to CESS's being held accountable in July of 2003, by SAC and the Army Corp of Engineering for being unable to return service to

- 1

1  the radio ground net. As well as being unable to
2  supply basic medical support.
3
4  The situation escalated when a notebook computer
5  containing employee information on thousands of Boeing
6  defense workers was stolen from their facilities on
7  Sheyma Island, causing open hostilities between CESS
8  and Boeing.
9
10 I had left the island in early May of 2003, and
11 returned at the end of July of 2003. I was immediately
12 placed on General Chamberlain's action panel, solely
13 because of my knowledge of radio operations.
14
15 My advanced experience in electronics had been
16 perceived as a threat by both Carl Sagert and Douglas
17 Feazell. This resulted in the slanderous attacks and
18 falsification of my background by Carl Sagert. Who has
19 a history for these types of attacks. Apparently Carl
20 Sagert has been involved in several litigations
21 involving CESS because of similar allegations.
22
23 It has been indicated that a lot of these problems are
24 a direct result of nepotism. The Air Force is
25 unwilling to take any action to correct the situation.
26
27
28

Case 3:05-cv-00295-TMB   Document 65   Filed 02/16/2007   Page 3 of 3

FURTHER YOUR AFFIANT SAYETH NOT.

_Thomas M. Sloan_     15 FEB 07
Thomas M. Sloan     Date

**ACKNOWLEDGEMENT**

SUBSCRIBED AND SWORN TO me this 15th day of February, 2007

(seal)



Notary Public for the State of California
My commission expires: August 06, 2010

Certificate of service

I hearby certify that on February 15th, 2007, a copy of the foregoing Affidavit of Thomas M. Sloan was served by U.S. Mail on Kim Dunn, Landye Bennett Blumstein LLP, 701 West Eighth Avenue, Suite 1200, Anchorage, Alaska 99501.

s/Thomas M. Sloan