```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```

RECEIVED
FEB 16 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,

    Plaintiff,

vs.

CHUGACH EARECKSON SUPPORT SERVICES JV

    Defendant

Case No.: 3:05-cv-00295 (TMB)

## REPLY TO OPPOSITON TO MOTION TO COMPELL THE DEFENDANT TO PROVIDE DECLARED DISCOVERY DOCUMENTS HELD ON VIEW AT THE OFFICES OF LANDYE BENNETT BLUMSTEIN LLP, 701 WEST EIGHTH AVENUE, SUITE 1200, ANCHORAGE, ALASKA 99501 TO THE PLAINTIFF THOMAS M. SLOAN

    Defendant Chugach Eareckson Support Services by and through its counsel of record, Landye Bennett Blumstein LLP, has refused to provide the discovery documents as ordered, so this is not a moot question. They are intentionally handicapping my discovery. Right of privacy is recognized under federal law as

- 1 -

1  pertaining to medical and financial records. It does
2  not protect the memos and statements made by
3  individuals, which do not pertain to medical or
4  financial records, which have been entered into
5  discovery. Neither does the attorney client privilege
6  protect discovery documents. Nor does the preferred
7  contractor status apply to CESS. They do not do
8  classified work. CESS does laundry, makes beds,
9  prepares food, and maintains the buildings that the
10 actual defense contractors use. CESS does the domestic
11 servant work.

13 The documents provided to me dated January 23rd, 2007,
14 include approximately 175 documents that are blank. I
15 have never signed a protective order with the defendant
16 nor do I intend to. It appears that the defendant is
17 worried about criminal prosecution. The defendant
18 still needs to provide me with discovery as ordered by
19 the court and I still need an extension of discovery to
20 review these documents that the defendant has not
21 provided me. The defendant has failed to follow the
22 rules of the court and has been misleading both myself
23 and the court.

- 2

1
2
3
4
5
6                                          Dated this 12th day of
                                           February, 2007
7                                          At San Bernardino,
                                           California.
8
9
                                           _____
10                                         Thomas M. Sloan
                                           835 Vine St.
11                                         San Bernardino,
                                           California 92410
12                                         Telephone
                                           (909) 885-2380
13                                         Facsimile : none
                                           E-Mail : none
14
15
16
17
   <u>Certificate of Service</u>
18
19
   On February 12th, 2007 a true and correct copy of the
20
   foregoing document was sent by mail to the following:
21
22
   Kim Dunn
23
   Landye Bennett Blumstein LLP
24
   701 West Eighth Avenue, Suite 1200
25
   Anchorage, Alaska 99501
26
27 _____
28
   Thomas M. Sloan

- 3 -