RECEIVED
FEB 2 3 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　 )
　　　　　　　　　　　　　　　　)
　　vs.　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　　)
CHUGACH EARECKSON SUPPORT　　　 )
SERVICES JV　　　　　　　　　　 ) Case No.: 3:05-cv-00295
　　　　　　　　　　　　　　　　) (TMB)
　　　　Defendant　　　　　　　 )

**REPLY TO PARTIAL OPPOSITON TO**

**MOTION TO EXTEND DISCOVERY DEADLINE**

　　CESS has obstructed my ability to prosecute my claim by refusing to provide discovery.

　　(1)　On the first of February 2007, I called Kim Dunn for the deposition and then discovered that she had canceled it. In my prior discussion with Kim Dunn on January 8th, 2007, she indicated if the deposition date wasn't convenient that both the deposition and a trial date could be relaxed. This did not

- 1 -

seem to be an issue until I pressed my demand for discovery.

(2) CESS's response that they have classified documents, as confidential material, is somewhat of a surprise because CESS is not a preferred contractor, defined as a government contractor authorized to work with classified material.

This is very misleading and I believe that CESS mislead the Alaska Department of Worker's Compensation into believing that they were a preferred contractor and gained their assistance in denying me discovery.

Because of this development I'm going to need both discovery and an extension to develop my case.

```
                              Dated this 16th day of
                              February,            2007
                              At     San     Bernardino,
                              California.


                              _____
                              Thomas M. Sloan
                              835 Vine St.
                              San Bernardino,
                              California 92410
                              Telephone
                              (909) 885-2380
                              Facsimile : none
                              E-Mail : none
```

Certificate of Service

On February 15th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_____
Thomas M. Sloan