RECEIVED
FEB 2 0 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN PRO PER
(Name)

Thomas M. Sloan
(Firm)

835 Vine St.
(Mailing Address)

San Bernardino, CA 92410
(City, State, Zip)

Telephone:  (909) 885-2380

Facsimile:  none

e-mail   none

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Thomas M. Sloan ) <br> ) <br> ) <br> ) <br> Plaintiff(s) ) <br> ) <br> vs ) <br> CHUGACH EARECKSON SUPPORT ) <br> SERVICES JV ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | Case No. 3:05-cv-00295 (TMB) <br><br> GOOD FAITH CERTIFICATE |

All counsel certify that they have conferred in good faith to resolve the issues in question that it is necessary to file the following motion:

**MOTION TO COMPEL (docket 49)**

**I have attempted to confer with the defendant's counsel of record in good faith.**

☐ The motion is unopposed by all parties.

☐ The motion is unopposed by:

☒ The motion is opposed by: Defendant

The parties agree that oppositions to the motion and any reply are to be served and filed provided in D.AK. LR 7.1.

Dated: February 20, 2007

_____
(Signature of Attorney)
IN PRO PER   Thomas M. Sloan
(Typed Name of Attorney)

(Law Firm)

Attorney for:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney for:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney for:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney for:

_____
(Signature of Attorney)

(Typed Name of Attorney)

(Law Firm)

Attorney for: