Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHUGACH EARECKSON SUPPORT<br>SERVICES JV<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL DOCUMENTS USED TO PREPARE AWCB WITNESSES**
(DOCKET # 49)

Plaintiff seeks to compel documents "used to prepare" witnesses who testified or deposed in connection with Mr. Sloan's Worker's Compensation claim and proceedings.

Mr. Sloan's motion is unclear. It was filed without prior discussion with CESS. Although Mr. Sloan certified (Docket No. 60) that he had sent a "letter of conference" to undersigned counsel on February 4, 2007, Mr. Sloan's letter

(attached as **Exhibit 1** hereto) sheds no illumination on what documents he is looking for. Mr. Sloan was present or represented in the Workers Compensation depositions and in the hearing dated February 9, 2006. Thus, it is not clear why he did not previously obtain whatever documents were available at the time of the AWCB proceedings and discovery.

Two of the witnesses are medical providers, who during their deposition testified about medical records of Mr. Sloan and his treatment. They were not involved in his personnel matters.

Douglas Feazell is the supervisor that Mr. Sloan charges with harassment and violation of anti-discrimination laws. As Mr. Sloan's supervisor, Mr. Feazell may have reviewed Mr. Sloan's personnel file, and may have prepared or reviewed personnel documents related to Mr. Sloan's performance and discrimination claim. However, to CESS' knowledge, all such documents were numbered and copied to plaintiff on January 23, 2007, following his informal request. Undersigned counsel has no documents that CESS can identify as having been shown to Mr. Feazell to prepare for testifying.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Opposition to Plaintiff's Motion to Compel Documents Used to Prepare AWCB Witnesses
Page 2 of 4

In response to Mr. Sloan's motion (Docket #49), on February 15, 2007, CESS wrote to Mr. Sloan, identifying the Workers Compensation transcripts that had been supplied on her request from CESS' Workers Compensation attorney, and offering to make copies for Mr. Sloan. The letter asked that he identify which transcripts he needed and pay the accompanying copy cost:

- Timothy Cristman, March 7, 2005 (No exhibits)
- Thomas Sloan April, 7, 2004 (Exhibits A-I)
- Melvin Elvsaas, June 2, 2004 (Exhibits 1-2)
- Peggy Sue Cargin, ANP, November 22, 2004 (Exhibits 1-12)
- Dana Barrett-Campbell, December 16, 2004 (Exhibits 1-3)
- Doug Feazell, July 14, 2005 (Exhibit 1)

**Exhibit 2** hereto.[1]

Mr. Sloan has not yet responded to CESS's offer to supply copies.

Mr. Sloan's motion appears to be mooted by the copies of personnel-type documents sent to him on January 23, the offer to supply additional copies if he executed a protective order, and CESS' February 15, 2007 offer to produce transcripts with exhibits.

---

[1] In addition, CESS took the opportunity to ask Mr. Sloan whether he would stipulate to any of the depositions being used for trial, in this matter, in lieu of live testimony.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Dated this 26th day of February, 2007, at Anchorage Alaska.

        LANDYE BENNETT BLUMSTEIN LLP
        Attorneys for Chugach Eareckson Support Service, JV

        s/Kim Dunn
        Kim Dunn
        Landye Bennett Blumstein LLP
        701 West Eighth Avenue, Suite 1200
        Anchorage, Alaska 99501
        Telephone (907) 276-5152
        Facsimile (907) 276-8433
        E-mail: kimd@lbblawyers.com
        Alaska Bar No. 8511153

Certificate of Service

On February 26, 2007, a true and correct copy of the foregoing document was sent by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433