**THOMAS M. SLOAN**
835 West Vine
San Bernardino, California 92410
(909) 885-2380

*postmarked Feb 5*

RECEIVED
FEB 0 8 2007
LANDYE BENNETT
BLUMSTEIN LLP

February 4, 2007

Ms. Kim Dunn, Esq.
701 W. 8th Ave., Ste 1200
Anchorage, AK 99501

Dear Ms. Dunn,

Per our telephone conversation of July 2006, 8 January of 2007 and 1 February 2007, on the issues of discovery, I had advised you that I intended to challenge the validity of the CESS depositions. I requested that all documents used by CESS to prepare the depositions of its witnesses be provided to me in 2005. I am still requesting this under discovery.

Very Truly Yours,

*[signature]*

Thomas M. Sloan

Exhibit 1
Page 1 of 1

*emailed to client 2.9.07*