Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-Mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295 (TMB)<br>) |

**ORDER FOR PLAINTIFF'S MOTION TO COMPEL DOCUMENTS
USED TO PREPARE AWCB WITNESSES** (Docket 49)
(Proposed)

It is hereby ORDERED that the Plaintiff's Motion to Compel Documents Used to Prepare AWCB Witnesses is DENIED.

Dated this ___ day of _____, 2007.

_____
Timothy M. Burgess
United States District Court Judge

---

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order for Plaintiff's Motion to Compel Documents Used to Prepare AWCB Witnesses
Page 1 of 2

Certificate of Service

On February 26, 2007, a true and correct copy of the foregoing document was sent by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order for Plaintiff's Motion to Compel Documents Used to Prepare AWCB Witnesses
Page 2 of 2