Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>Plaintiff,<br><br>v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**CESS' OPPOSITION TO PLAINTIFF'S
MOTION TO ENTER DOCUMENTS AND WITNESSES**
(Docket Numbers: 50, 51, 52 and 56)

Plaintiff, a *pro per* litigant, seeks to file what appears to be a short list of his trial exhibits. The motion assumes that once the discovery deadline passes, the parties must "enter" their trial exhibits. This interpretation is supported by the fact that some of the documents listed by plaintiff are more favorable to him than the majority of documents in the case.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

CESS opposes the premature motion to introduce exhibits, because the motion will have little binding effect on plaintiff. For example, plaintiff may not realize the impact of introducing character references in his case in chief. Once he realizes the impact, he may withdraw the offer of character references.

Prematurity is shown by the fact that plaintiff is still seeking to extend discovery (most recently, by Docket 67); has recently filed a spate of pleadings with technical deficiencies; failed to cooperate in deposition scheduling; all while alleging a variety of misdeeds against CESS and its counsel.  Plaintiff should follow a more orderly path to seeking relief and justifying the requests he files.[1]

Plaintiff also seeks to enter prior testimony of certain witnesses who testified during the Workers Compensation Board hearing.  CESS would not object to having all of the testimony in the Alaska Workers Compensation Board hearing

---

[1] For example, Mr. Sloan has just filed Docket #68, a "certification" that he "attempted to confer with defendant's counsel of record in good faith" regarding Docket #49.  His earlier filing, Docket #60, (date: February 8, 2007) averred that he sent a "letter of conference" to CESS' counsel, in his attempt to meet the requirements of D. AK. L. R. 7.1. Neither one of these certificates is accurate or objective. Counsel's first notice of the alleged issues in Docket #49 occurred when Mr. Sloan sent the pleading.  There was no

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

admitted at trial, in lieu of live testimony. CESS has already requested a stipulation to utilize witness depositions from the AWCB proceeding, in the present matter; but plaintiff seems to object to that request. Use of plaintiff's proposed hearing testimony cannot be accomplished, however. According to the AWCB, due to technical difficulties at the Sloan hearing, only 1 hour of hearing tape exists. That part of the tape that exists does not include the testimony of Mr. Dogherty, Mr. Whitmill, or Mr. Sagert. **Exhibit 1** hereto (attached transcript of the entire CD available from the AWCB). Thus, Mr. Sloan's motion to enter selected portions of the hearing is unavailing.

CESS objects to Mr. Sloan's attempt to list final trial witnesses, when he fails to identify who they are, or where they might be reached. Mr. Sloan has identified three names without supplying contact information or any description of their potential testimony:

- Stacy Pascal
- Remedo Doctor
- James Brown

These witnesses were listed on Mr. Sloan's preliminary witness list, a handwritten document that was served on CESS

---

prior conference and no conference on the subject has occurred since Mr. Sloan filed it.

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
CESS Opposition to Plaintiff's Motion to Enter Documents and Witnesses
Page 3 of 5

but not filed with the court.  **Exhibit 2** attached.  The names were included in a one page list without contact information, description, or addresses.  The names do not appear in the numerous CESS records produced to Mr. Sloan, and are not familiar to undersigned counsel.

Because plaintiff supplies no grounds for failing to provide contact information and a description, the motion should be denied with leave to amend.

Dated this 26th day of February, 2007, at Anchorage Alaska.

>LANDYE BENNETT BLUMSTEIN LLP
>Attorneys for Chugach Eareckson
>Support Service, JV
>
>s/Kim Dunn
>———————————————
>Kim Dunn
>Landye Bennett Blumstein LLP
>701 West Eighth Avenue, Suite 1200
>Anchorage, Alaska 99501
>Telephone (907) 276-5152
>Facsimile (907) 276-8433
>E-mail: kimd@lbblawyers.com
>Alaska Bar No. 8511153

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
CESS Opposition to Plaintiff's Motion to Enter Documents and Witnesses
Page 4 of 5

Certificate of Service

On February 26, 2007, a true and correct copy of the foregoing document was sent by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433