PROPOSED WITNESS LIST

1. DAN DIECKMEYER
2. THOMAS SPENSER
3. MARY McCULLY
4. STACY PASCAL
5. LINDA ROCKSTAD
6. RICK SCATES
7. WILLIAM ANDERSEN
8. CARL SAGENT
9. DOUGLAS FEAZELL
10. ROBERT ORDAHL
11. MIKE WILLIAMS
12. MICHAEL WHITMILL
13. DONALD DOUGHERTY
14. CHARLES MORRIS
15. REMEDO DOCTOR
16. JAMES BROWN
17. KEBEN KIILEHUA
18. LARRY PETERSON
19. MIKE MORAN
20. SHANNON BRADFORD
21. JOHN & JANE DOE

RECEIVED
JUL 31 2006
LANDYE BENNETT
BLUMSTEIN LLP

Exhibit 2
Page 1 of 1