Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHUGACH EARECKSON SUPPORT | ) |
| SERVICES JV | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-00295-TMB |
| | ) |

**MOTION TO EXTEND DEADLINE TO REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
FOR LACK OF JURISDICTION**
(DOCKET #64)

Counsel for Chugach Eareckson Support Services, JV ("CESS") hereby requests an extension to reply to plaintiff's Opposition to CESS' Motion to Dismiss for Lack of Jurisdiction until March 5 due to a multiple motion deadline in a superior court matter scheduled for trial in April. The deadline for the superior court case is also February 28, 2007 and was scheduled months ago.

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Motion to Extend Deadline to Reply to Plaintiff's Opposition
to Motion to Dismiss for Lack of Jurisdiction
Page 1 of 2

Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

Dated this 27th day of February, 2007, at Anchorage Alaska.

LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Chugach Eareckson
Support Service, JV


s/Kim Dunn
Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com
Alaska Bar No. 8511153


Certificate of Service

On February 27, 2007, a true and correct
copy of the foregoing document was sent
by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


s/Kim Dunn
Kim Dunn

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Motion to Extend Deadline to Reply to Plaintiff's Opposition
to Motion to Dismiss for Lack of Jurisdiction
Page 2 of 2

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433