Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-Mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THOMAS M. SLOAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHUGACH EARECKSON SUPPORT SERVICES JV | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-00295 (TMB) |

**ORDER FOR MOTION TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION**
(Docket 64) (Proposed)

It is hereby ORDERED that the Defendant's request to extend the reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Jurisdiction is hereby GRANTED. Defendant's reply is due March 5, 2007.

Dated this ___ day of _____, 2007.

_____
Timothy M. Burgess
United States District Court Judge

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order to Extend Reply Deadline
Page 1 of 2

Certificate of Service

On February 27, 2007, a true and correct copy of the foregoing document was sent by mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order to Extend Reply Deadline
Page 2 of 2