# THOMAS M. SLOAN

835 West Vine
San Bernardino, California 92410
(909) 885-2380

February 22, 2007

Ms. Kim Dunn, Esq.
701 W. 8th Ave., Ste 1200
Anchorage, AK 99501

RECEIVED
MAR - 1 2007
LANDYE BENNETT
BLUMSTEIN LLP

Dear Ms. Dunn,

I am requesting a conference for discovery in accordance with the rules. You may call me or send a letter.

I am requesting that CESS provide discovery on all documents labeled confidential that they have used both for this case, the Alaska Worker's Compensation case, any documents provided to the Air Force or received from the Air Force, all law enforcement agencies and the Alaska Commission for Human Rights.

Very Truly Yours,

Thomas M. Sloan

Exhibit A
Page 1 of 1