Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE-000002-3 | Confidential |
| CE-000006 | Confidential |
| CE-000020-22 | Attorney/Client Privilege |
| CE-000025-35 | Confidential |
| CE-000049-51 | Confidential |
| CE-000054-61 | Confidential |
| CE-000097 | Confidential |
| CE-000105-106 | Attorney/Client Privilege |
| CE-000108 | Attorney/Client Privilege |
| CE-000111 | Attorney/Client Privilege |
| CE-000113-114 | Confidential |
| CE-000116-118 | Attorney/Client Privilege |
| CE-000122 | Attorney/Client Privilege |
| CE-000127-128 | Attorney/Client Privilege |
| CE-000135 | Attorney/Client Privilege |
| CE-000136-139 | Attorney/Client Privilege |
| CE-000140 | Attorney/Client Privilege |
| CE-000143 | Attorney/Client Privilege |
| CE-000144-148 | Attorney/Client Privilege |
| CE-000149 | Attorney/Client Privilege |
| CE-000150-151 | Attorney/Client Privilege |
| CE-000152-153 | Attorney/Client Privilege |
| CE-000160 | Attorney/Client Privilege |
| CE-000161-162 | Attorney/Client Privilege |
| CE-000164 | Attorney/Client Privilege |
| CE-000176 | Attorney/Client Privilege |
| CE-000177-179 | Confidential |
| CE-000180-183 | Attorney/Client Privilege |
| CE-000187 | Attorney/Client Privilege |
| CE-000190 | Attorney/Client Privilege |
| CE-000191-192 | Attorney/Client Privilege |
| CE-000271 | Attorney/Client Privilege |
| CE-000282 | Attorney/Client Privilege |
| CE-000283-284 | Attorney/Client Privilege |
| CE-000311-313 | Attorney/Client Privilege |
| CE-000321 | Attorney/Client Privilege |
| CE-000336 | Attorney/Client Privilege |
| CE-000338 | Attorney/Client Privilege |
| CE-000339 | Attorney/Client Privilege |

-1-



Exhibit B
Page 1 of 6

Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

**PRIVILEGE/CONFIDENTIAL LOG**

| BATES NO. | DESCRIPTION |
|---|---|
| CE-000340-341 | Attorney/Client Privilege |
| CE-000344 | Attorney/Client Privilege |
| CE-000345-346 | Attorney/Client Privilege |
| CE-000349 | Attorney/Client Privilege |
| CE-000350-351 | Attorney/Client Privilege |
| CE-000355-357 | Attorney/Client Privilege |
| CE-000358-359 | Confidential |
| CE-000360-362 | Attorney/Client Privilege |
| CE-000363 | Attorney/Client Privilege |
| CE-000364 | Attorney/Client Privilege |
| CE-000366 | Attorney/Client Privilege |
| CE-000367-368 | Attorney/Client Privilege |
| CE-000369 | Confidential |
| CE-000371-376 | Confidential |
| CE-000378-384 | Confidential |
| CE-000385-386 | Attorney/Client Privilege |
| CE-000387-397 | Confidential |
| CE-000421 | Attorney/Client Privilege |
| CE-000425 | Attorney/Client Privilege |
| CE-000430 | Confidential |
| CE-000432 | Confidential |
| CE-000433 | Attorney/Client Privilege |
| CE-000435 | Attorney/Client Privilege |
| CE-000436-440 | Attorney/Client Privilege |
| CE-000441 | Attorney/Client Privilege |
| CE-000450 | Attorney/Client Privilege |
| CE-000456-457 | Attorney/Client Privilege |
| CE-000458 | Attorney/Client Privilege |
| CE-000459 | Attorney/Client Privilege |
| CE-000460 | Attorney/Client Privilege |
| CE-000461 | Attorney/Client Privilege |
| CE-000461 | Attorney/Client Privilege |
| CE-000464 | Attorney/Client Privilege |
| CE-000473-479 | Attorney/Client Privilege |
| CE-000480-484 | Attorney/Client Privilege |
| CE-000491-496 | Attorney/Client Privilege |
| CE-000497 | Attorney/Client Privilege |
| CE-000497 | Attorney/Client Privilege |
| CE-000498-499 | Attorney/Client Privilege |
| CE-000499-500 | Attorney/Client Privilege |



Exhibit B
Page 2 of 6

Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

**PRIVILEGE/CONFIDENTIAL LOG**

| BATES NO. | DESCRIPTION |
|---|---|
| CE-000501 | Attorney/Client Privilege |
| CE 000502-1737 | Working File of Workers Compensation matter |
| CE 001738-1753 | Admiral Insurance Company/Management Liability Insurance Declarations Page |
| CE 001755-1764 | Cristman Transcript |
| CE 001765-1767 | Confidential (ASCHR) |
| CE 001768 | Confidential (ASCHR) |
| CE 001769 | Letter to James McCanna to Robert Eddy requesting complainant's personnel file. |
| CE 001770 | Attorney/Client Privilege |
| CE 001771-1807 | Cargin Deposition and Exhibits |
| CE 001808-1809 | Thomas Sloan letter requesting a prehearing to address Bredesen request for discovery on fox incident. |
| CE 001810-1812 | Letter to Thomas Sloan from Robert Bredesen informal discovery requests. Enclosing letter from Sloan to Commanding Officer informing the Officer of fox incident. |
| CE 001813 | Black post-it note |
| CE 001814-1815 | Petition filled out by Thomas Sloan with the Alaska Department of Labor |
| CE 001816-1821 | Work Product Privilege |
| CE 001822-1825 | Attorney/Client Work Product Privilege |
| CE 001826-1878 | Affidavit of Teresa Reed enclosing the following documents<br>- 15 pages Alaska Employment Security Division UI-Support Unit Records<br>- 8 pages informal discovery requests response by employee dates 3-1-04<br>- 5 pages response received on 11-1-04 from Sloan with attachments<br>- 2 pages employee's resume<br>- 9 pages W-2s form 2000-2003<br>- 1 page 1998 Tax Bill for Thomas Sloan/DBA Northern Marine Electronics<br>- 3 pages State of Alaska Violent Crimes Compensation Board records |
| CE 001879 | Alaska Department of Labor Petition front page |
| CE 001880 | Alaska Worker's Compensation Board Pre-hearing Conference Summary |
| CE 001881 | Alaska Department of Labor Petition front page |
| CE 001882-1883 | Letter to Talis Colberg from Robert Bredesen informal discovery requests for Thomas Sloan to answer |
| CE 001884-1885 | Letter to Letter to Talis Colberg from Robert Bredesen informal discovery requests for Thomas Sloan to answer |


Exhibit B
Page 3 of 6

*Sloan vs. Chugach Eareckson Support Services*
Case No. 3:05-cv-00295-TMB
01739.006

## PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE 001886-1889 | Answer to Employee's Petition Dates 10-28-04 |
| CE 001890 | Screen shot of Edit Prehearing |
| CE 001891 | Request for Cross-Examination from Robert Bredesen to the Alaska Department of Labor with attached documents<br>- 8-1-03 Letter from Michael Whitmill describing performance duties<br>- Keben Kiilehua character letter of Thomas Sloan<br>- 7-29-03 Lawrence Petersen character letter of Thomas Sloan<br>- Rick Scates character letter<br>- Caroll Manson character letter |
| CE 001897 | Attorney/Client Privilege |
| CE 001898 | Letter to Thomas Sloan from Robert Bredesen reviewing Sloan's objection to Ms. Cargin deposition and Sloan's difficulty of being contacted for scheduling. |
| CE 001899-1900 | Attorney/Client Privilege |
| CE 001901 | Letter to Thomas Sloan from Robert Bredesen (?) follow up to the Prehearing conference and submitting informal discovery requests |
| CE 001902-1906 | Work Product Privilege |
| CE 001907-1909 | Subpoena and Notice of Deposition for Dana Barrett-Campbell |
| CE 001910-1911 | Notice of Taking Telephonic Deposition of Thomas Sloan |
| CE 001912 | Attorney/Client Privilege |
| CE 001913 | Melvin Elvsaas deposition transcript of 6-2-04 |
| CE 001914 | Confidential – Personnel ASCHR |
| CE 001915-1917 | Confidential – Personnel ASCHR |
| CE 001918-1919 | Confidential – Personnel ASCHR |
| CE 001920-2020 | Confidential – Personnel ASCHR |
| CE 002021-2064 | Attorney/Client Privilege |
| CE 002065-2116 | Thomas Sloan medical records |
| CE 002117 | Attorney/Client Privilege |
| CE 002118-2120 | Talis Colberg letter from Bredesen of informal discovery requests |
| CE 002121-2122 | Joan Eby letter from Robert Bredesen |
| CE 002123 | Confidential Personnel |
| CE 002124 | Attorney/Client Privilege |
| CE 002125 | Attorney/Client Privilege |
| CE 002126 | Valley Hospital Association Diagnosis report of being body slammed |
| CE 002127 | Map of the body slam incident |
| CE 002128-2130 | Thomas Sloan Application for Employment |
| CE 002131-2132 | Thomas Sloan Resume |
| CE 002133-2160 | Attorney/Client & Work Product Privilege |
| CE 002161-2167 | Attorney/Client & Work Product Privilege |



Exhibit B
Page 4 of 6

Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE 002168 | See CE 002123 (duplicate) |
| CE 002169-2180 | Thomas Sloan written letter regarding harassment complaint |
| CE 002181-2188 | Warning Notice File Reports |
| CE 002189-2193 | Confidential – Personnel |
| CE 002194-2248 | Attorney/Client & Work Product Privilege |
| CE 002249 | Sloan harassment complaint regarding malicious gossip |
| CE 002250 | See 2123 (Duplicate) |
| CE 002251 | Rick Scates character letter re Sloan |
| CE 002252 | Confidential – Personnel |
| CE 002253-2264 | Thomas Sloan written statement |
| CE 002265 | Thomas Sloan Harassment complaint |
| CE 002266-2268 | Keben Kiilchua, Ed Abel and Peter Trocchiano character letter |
| CE 2269-2271 | Thomas Sloan daily log of work |
| CE 002272 | Warning Notice File Report |
| CE 002273 | Terry Christensen Note |
| CE 002274 | Michael Whitmill re Sloan performance duties |
| CE 002275 | Caroll Manson character letter |
| CE 002276 | Sloan complaint on Doug Feazell |
| CE-002277-2279 | Rick Scates, Dr. S. Morris and Lawrence Petersen character letter for Thomas Sloan |
| CE 002280-2288 | Warning Notice File Report on Thomas Sloan |
| CE 002289 | Confidential – Personnel |
| CE 002290 | Confidential – Personnel (Mary McCully note) |
| CE 002291-2294 | Thomas Sloan requesting release of 401k plan |
| CE 002295 | Privilege |
| CE 002296 | Confidential Personnel Disciplinary Warning Notice (employee not involved in Sloan complaint) |
| CE 002297 | Confidential Personnel Disciplinary Warning Notice (employee not involved in Sloan complaint) |
| CE 002298-2300 | Attorney/Client Privilege |
| CE 002301-2303 | Confidential - ASCHR |
| CE 002304-2387 | Thomas Sloan deposition and exhibits from 4-7-04 |
| CE 002388 | Attorney/Client Privilege |
| CE 002389 | Attorney/Client Privilege |
| CE 002390-2392 | Confidential – ASCHR |
| CE 002393-2394 | Attorney/Client Privilege |
| CE 002395 | Attorney/Client & Work Product Privilege |
| CE 002396-2409 | Deposition and exhibits of Melvin Elvsaas taken on June 2, 2004 |
| CE 002410-2424 | Deposition and exhibits of Melvin Elvsaas taken on June 2, 2004 |
| CE 002425-2426 | Attorney/Client Privilege |



Exhibit B
Page 5 of 6

Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

## PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE 002427 | Attorney/Client & Work Product Privilege |
| CE 002428 | Letter from Robert Bredesen to Talis Colberg follow up on conversation regarding depositions |
| CE-2429-2456 | Affidavit of Teresa Reed sending out copies of<br>- computer diskette<br>- 25 page summary of spreadsheet information<br>- spreadsheet listing numerous individuals<br>(spreadsheet attached called "Accounting for Man-Days and Third Party October 2003 Roster" |
| CE 002457-2459 | Letter from Robert Bredesen to Talis Colberg enclosing documents concerning Melvin Elvsaas; enclosing Elvaas timesheet and statement |
| CE 002460 | Letter from Robert Bredesen to Ann Keen enclosing subpoena for deposition and to bring all documents; stating Sloan had filed similar suits against the Talkeetna Lodge |
| CE 002466-2470 | Affidavit of Service for Teresa Reed for sending out<br>-letter from Sloan to Talis Colberg requesting informal discovery requests |
| CE 002471 | Affidavit of Readiness for Hearing from Robert Bredesen to Alaska Department of Labor |
| CE 002472-2474 | Robert Bredesen Pleading<br>Employer's Withdrawal of Subpoena Directed Toward the Alaska State Commission for Human Rights and Request fro Cancellation of Hearing Scheduled for July 14, 2004 |
| CE 002475-2477 | Midnight Sun Court Reporters letter to Robert Bredesen enclosing Sloan corrections |
| CE 002478-2664 | Attorney/Client Privilege Unrelated |
| CE 002665-2670 | Deposition of Thomas Sloan 4-7-04 exhibit list and notes from transcriber |


Exhibit B
Page 6 of 6