Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CHUGACH EARECKSON SUPPORT SERVICES JV,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**PROTECTIVE ORDER**
(Alternative Proposed Order)

The parties hereto, Chugach Eareckson Support Services, ("CESS") defendant, and Thomas Sloan, plaintiff, have stipulated and agreed that:

A.　Certain documents requested to be disclosed and copied by Mr. Sloan for purposes of this litigation, are in the nature of confidential records maintained by employers concerning employees, and have been stamped "Confidential."

B. Prior to disclosure to plaintiff, such documents would be protected as part of the confidential files of the Alaska State Commission on Human Rights, the federal Equal Employment Opportunity Commission, or the confidential personnel records of CESS.

C. By producing such personnel or investigative records in this litigation, CESS does not there by intend to waive, alter or undermine the privacy expectations or protections otherwise held by or available to the individuals who are the subject of, or addressed in, such documents.

D. As a condition of receiving the disclosed documents, plaintiff has agreed to disclose or distribute documents stamped "Confidential" by CESS, <u>only</u> to (1) plaintiff's retained litigation consultants or experts, and (2) any attorneys he may retain to assist him in this litigation. Such disclosures shall be exclusively for legitimate purposes of this litigation. Following the termination of this litigation, plaintiff shall return the documents stamped "Confidential" to CESS, or destroy such documents in a manner that protects the data from disclosure (such as shredding).

E. Plaintiff may distribute, copy or disclose the documents to persons other than those identified in (D) above, only if: (1) the parties mutually agree in writing or by

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

stipulation, to wider disclosure or use; (2) all individual(s) who are the subject of the document authorize disclosure in writing, with a copy of such authorization supplied to CESS' counsel; or (3) the court authorizes disclosure.

    F.  In no case may the documents be used for any purpose that is collateral to this litigation: including any attempt to elicit support or action from administrative agencies or law enforcement, launching new lawsuits against entities or individuals, or questioning witnesses or third parties who were not clearly disclosed authors of the original documents. Any collateral use must be clearly authorized in advance by one of the methods provided in (E), above.

Date: _____        _____
                            Thomas M. Sloan, Pro Se
                            835 West Vine Street
                            San Bernardino, CA 92410

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 3 of 4

```
                              LANDYE BENNETT BLUMSTEIN LLP
                              Attorneys for Chugach Earckson Support
                              Services, JV




Date: _____         _____
                              Kim Dunn
                              Landye Bennett Blumstein LLP
                              701 West Eighth Avenue, Suite 1200
                              Anchorage, Alaska 99501
                              Telephone (907) 276-5152
                              Facsimile (907) 276-8433
                              E-mail:kimd@lbblawyers.com
                              Alaska Bar No. 8511153
```

Certificate of Service

On January ____, 2007, a true and correct copy of the foregoing document was sent by ☐ mail or ☐ hand-delivery to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

_____
Winter Hamrick

Sloan v. Chugach Eareckson Support Services, JV
Case No.: 3:05-cv-00295-TMB
Protective Order
Page 4 of 4