Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-Mail: kimd@lbblawyers.com

Attorneys for Chugach Eareckson Support Services, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

|   |   |
|---|---|
| THOMAS M. SLOAN, ) Plaintiff, ) v. ) CHUGACH EARECKSON SUPPORT SERVICES JV, ) Defendant. | ) ) ) ) ) ) ) ) ) ) Case No. 3:05-cv-00295 (TMB) |

**ORDER FOR CHUGACH EARECKSON'S MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
(Proposed)

Chugach Eareckson Support Services has moved to dismiss the complaint for lack of subject matter jurisdiction. Having reviewed the plaintiff's opposition brief, affidavit dated February 15, 2007, and CESS' reply, the court finds that subject matter jurisdiction is absent. It is hereby ORDERED that the complaint is DISMISSED.

---

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order for Chugach Eareckson's Motion to Dismiss for Lack of Subject Matter Jurisdiction
Page 1 of 2

Dated this ___ day of _____, 2007.

_____
Timothy M. Burgess
United States District Court Judge

Certificate of Service

On March 5, 2007, a true and correct copy of the foregoing document was sent by U.S. Mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410

s/Kim Dunn
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. Chugach Eareckson
Case No.: 3:05-cv-00295
Proposed Order for Chugach Eareckson's Motion to Dismiss for Lack of Subject Matter Jurisdiction
Page 2 of 2