IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

RECEIVED
MAR 0 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,              )
                              )
        Plaintiff,            )
                              )
    vs.                       )
                              )
CHUGACH EARECKSON SUPPORT     )
                              ) Case No.: 3:05-cv-00295
SERVICES JV                   ) (TMB)
                              )
        Defendant             )

**INTENT TO REPLY TO CESS's OPPOSITION TO PLAINTIFF's**

**MOTION TO ENTER DOCUMENTS AND WITNESS'**

(DOCKET #50, 51, 52,& 56)

- 1

```
                                    Dated  this  5th  day  of
                                    March,            2007
                                    At     San     Bernardino,
                                    California.
```

*[signature: Thomas M. Sloan]*

Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 5th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*[signature: Thomas M. Sloan]*

Thomas M. Sloan

- 2 -