```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```

RECEIVED
MAR 0 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan, )
    )
        Plaintiff, )
    )
    vs. )
    )
CHUGACH EARECKSON SUPPORT )
    ) Case No.: 3:05-cv-00295
SERVICES JV ) (TMB)
    )
        Defendant )

**INTENT TO REPLY TO OPPOSITION TO PLAINTIFF's MOTION TO COMPELL DOCUMENTS USED TO PREPARE CESS WITNESS'S**

(DOCKET #49)

- 1

```
                                    Dated this 5th day of
                                    March, 2007
                                    At San Bernardino,
                                    California.


                                    _____
                                    Thomas M. Sloan
                                    835 Vine St.
                                    San Bernardino,
                                    California 92410
                                    Telephone
                                    (909) 885-2380
                                    Facsimile : none
                                    E-Mail : none
```

Certificate of Service

On March 5th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_____
Thomas M. Sloan

- 2 -