RECEIVED

MAR 0 8 2007

CLERK, U.S. ~~~~~~~ COURT
ANCHORAGE, ALASKA

1  IN PRO PER
   Thomas M. Sloan
2  835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none

5

6            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF ALASKA
7

8

9  Thomas M. Sloan,                )
                                   )
10         Plaintiff,              )
                                   )
11    vs.                          )
                                   )
12  CHUGACH EARECKSON SUPPORT      )
                                   )  Case No.: 3:05-cv-00295
13  SERVICES JV                    )  (TMB)
                                   )
14         Defendant               )

15

16        **OPPOSITON TO MOTION TO EXTEND DEADLINE**

17     **TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION**

18        **TO DISMISS FOR LACK OF JURISDICTION**

19                   (Docket #64)

20

21        In the past several years CESS, the defendant has

22  developed a tendency to use the Native Preference of

23  the Native Claims Act as protection for a multitude of

24  minor legitimate claims arising from Workman's Comp.,

25  sexual harassment, criminal assaults and threats of

26  violence from a very few individuals.  In this

27  litigation CESS has attempted to claim preferred

28  contractor status in regards to classified material.

                          - 1 -

In short CESS is willing to fabricate any claim to avoid criminal or civil litigation.

I believe that they should be held accountable now if only to clear the air.

Dated this 5th day of
March, 2007
At San Bernardino,
California.

Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 5th, 2007 a true and correct copy of the
foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

Thomas M. Sloan