IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile: none
E-Mail: none

RECEIVED
MAR 0 8 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,           )
                           )
        Plaintiff,         )
                           )
    vs.                    )
                           )
CHUGACH EARECKSON SUPPORT  )
SERVICES JV                ) Case No.: 3:05-cv-00295
                           ) (TMB)
        Defendant          )

**ORDER FOR OPPOSITION TO MOTION TO EXTEND DEADLINE TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION**

(proposed)

It is hearby ordered that the defendant's motion to extend deadline to reply to plaintiff's oposition to motion to dismiss for lack of jurisdiction is denied.

- 1

```
                              Dated this ___ day of
                              _____, 2007



                              _____
                              Timothy M. Burgess
                              United States District
                              Court Judge


                              _____
```

Certificate of Service

On March 5th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

*Thomas M. Sloan* (signature)
Thomas M. Sloan

- 2 -