IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

RECEIVED
MAR 12 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,           )
                           )
        Plaintiff,         )
                           )
    vs.                    )
                           )
CHUGACH EARECKSON SUPPORT  )
                           )   Case No.: 3:05-cv-00295
SERVICES JV                )   (TMB)
                           )
        Defendant          )

### REPLY TO PLAINTIFF'S MOTION TO COMPEL DOCUMENTS USED TO PREPARE AWCP WITNESSES

Again CESS is being misleading This should be the reply to plaintiff's motion to compel documents used to prepare CESS's depositional witnesses, Tim Christman, Dana Campbell, and Douglas Feazell. I am enclosing page 9, 10, 24, and 25 of Dana Campbell's deposition. I'm also enclosing Passenger Manifest Register for FY 2004, provided by the United States Air Force for flights to and from Shemya Island for the 24th of October 2003 through 29th October 2003.

- 1 -

1      Dana Campbell testified in deposition under oath
2  that Sharon Bradford, the site administrator, provided
3  her information on the flight manifest prior to the
4  deposition.  This was fabricated by Sharon Bradford
5  and not in accordance with the manifest provided by the
6  U. S. Air Force.

8      The Tim Christman deposition consisted of the
9  reading of a prepared statement and the Douglas Feazell
10 deposition was performed under the supervision of CESS
11 management.

```
                                    Dated this 7th day of
                                    March,           2007
                                    At    San   Bernardino,
                                    California.



                                    _____
                                    Thomas M. Sloan
                                    835 Vine St.
                                    San Bernardino,
                                    California 92410
                                    Telephone
                                    (909) 885-2380
                                    Facsimile : none
                                    E-Mail : none
```

Certificate of Service

On March 7th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

_____
Thomas M. Sloan



U.S. POSTAGE
PAID
SAN BERNARDINO, CA
92412
MAR 07, '07
AMOUNT
$2.64
00055498-08

39513

CERTIFIED MAIL

7006 2150 0004 1886 4073

T. Scott
635 Vine St
San Bernardino CA 92410

United States District Court
District of Alaska
Clerk of Court
222 W 7th Ave # 4
Anchorage AK 99513-7564