RECEIVED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Passenger Manifest Register for FY 04

| MANIFEST DATA | | | MNF REF | MISSION ID PRE NMBR SUF DATE | ACFT CLASS | A/C # | A/C DEPART DATE | DEST STA | NO. OF PAX S/R | NO. OF PAX S/A | LINE #S | DATE SENT HQ | DATE APPVL REC'D | APPVL LIST # | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STA | Y | T | NMBER | | | | | | | | | | | | |
| SYA | 4 | P | 18 | AT | TKP72A200298 | G159 | N196PA | 24-Oct-03 | EDF | 12 | | 13 | 31-Oct-03 | 3-Nov-03 | 3019 | |
| SYA | 4 | P | 19 | AU | CANCELED | | | | | | | | | | 3019 | CANCELLED |
| SYA | 4 | P | 20 | AV | TKP72A200303 | G159 | N196PA | 28-Oct-03 | EDF | 15 | | 16 | 31-Oct-03 | 3-Nov-03 | 3019 | |
| SYA | 4 | P | 21 | AW | LQP7294ER303 | C130 | 041664 | 29-Oct-03 | EDF | 30 | | 31 | 31-Oct-03 | 3-Nov-03 | 3019 | |