Case No. 200317065 AWCB    Dana Barrett-Campbell, R.N.

Case 3:05-cv-00295-TMB    Document 79-3    Filed 03/12/2007    Page 1 of 1

RECEIVED
MAR 1 2 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Page 6

1  A  Pretty much what it says in the note, that he was
2  still having some pain.
3  Q. Okay. And that sort of anticipates my next question.
4  Do you recall anything else, sitting here today, that's
5  not contained in your note about what he complained of?
6  A  No.
7  Q  Okay. Sitting here today, do you actually remember
8  the evaluation?
9  A  Vaguely.
10 Q  Okay. Do you know if you saw Mr. Sloan after this
11 evaluation?
12 A  Yes, I saw him when he would come in, when he came in
13 later on and he saw Tim Cristman, the other provider, had
14 decided at that time that he wanted to go ahead and leave
15 the island and get further evaluation.
16 Q  During your October 27, 2003 evaluation, what
17 findings did you make or what observations did you make?
18 A  Well, according to my chart note, I didn't see any
19 obvious deformity, any obvious outward appearance of any
20 type of injury, and that he was very exquisitely tender
21 pretty much anywhere I touched him on his left side of his
22 body.
23 Q  Okay. Is the finding of tenderness, is that a
24 finding which is dependent upon the cooperation of the
25 person being evaluated?

Page 7

1  A  I'm not sure I understand the question.
2  Q  Is that -- is that something that a person could --
3  say, if they were malingering, is that something that they
4  could fraudulently present?
5      MR. SLOAN: Objection. That's
6  inflammatory.
7  Q  You can go ahead and answer, Ms. Campbell.
8  A  Yes. Pain is a very subjective thing. Someone can
9  complain of pain when there isn't any findings and, you
10 know, what are you going to do?
11 Q  And aside from the tenderness, did you make any
12 other -- did you observe any other abnormalities in
13 Mr. Sloan's condition?
14 A  When I had asked him to move his arm, I believe he
15 had some pain with any type of movement.
16 Q  Okay. And like the pain with tenderness, pain with
17 movement can also be misrepresented, is that not correct?
18     MR. SLOAN: Objection, inflammatory.
19     THE WITNESS: Yes, it can be.
20 Q  Looking above at the allergies section, I see what
21 looks like an acronym. Can you translate that for us?
22 A  It's no known drug allergies.
23 Q  And just below that in the chart notes, what does
24 A&O stand for?
25 A  Alert and oriented.

Page 8

1  Q  And the line below it?
2  A  Respirations even and unlabored.
3  Q  And what does M/S stand for?
4  A  Musculoskeletal system.
5  Q  Okay. Just below it you have positive TTP. What
6  does that stand for?
7  A  Tender to palpation. It means that he had tenderness
8  to palpation, touching.
9  Q  And I noticed on your diagnosis you diagnosed
10 extensive left-sided muscular pain secondary to injury.
11 Was your diagnosis in any way based on any objective
12 findings of abnormalities?
13 A  No.
14 Q  What did you recommend?
15 A  I recommended that he continue his current
16 medications and that he return to Anchorage to follow up
17 with another physician. And he declined at that time, so
18 that was about it. Told him to return to the clinic the
19 next morning.
20 Q  Okay. And when you saw -- I believe you testified
21 you saw Mr. Sloan afterwards when he had come in to see
22 Mr. Cristman later on?
23 A  Yes. I'm the one that wrote for him to leave the
24 island. I wrote the paperwork that they need in order for
25 someone to leave the island.

Page 9

1  Q  And why did you do that, in your words?
2  A  Why did I write the paperwork?
3  Q  Yeah. Just to have the Board hear it from you in
4  your words rather than, say, from me or Mr. Sloan, why
5  was -- why did you fill out -- why was the paperwork
6  filled out?
7  A  Well, it's a requirement of Chugach that you fill out
8  this paperwork if someone is going to be leaving on a
9  medical. And Mr. Sloan had decided at that point he
10 wanted to go ahead and leave, and I always give them the
11 option when I examine them if they want further care, you
12 know, that I'll be more than happy to refer them on back
13 to Anchorage.
14    MR. BREDESEN: That's actually all the
15 questions I have for you, Ms. Campbell. At this point
16 Mr. Sloan is free to ask you questions.
17            EXAMINATION
18 BY MR. SLOAN:
19 Q  Hello, Dana. This is Tom.
20 A  Hi.
21 Q  On the 27th of October 2003, was there a plane
22 available to leave the island on that day?
23 A  On what date?
24 Q  October 2003?
25 A  Yes, I understand there was.

3 (Pages 6 to 9)