Case No. 200317063 AWCB

Dana Barrett-Campbell, R.N.
MAR 12 2007

### Page 10

1  Q  There was. Okay. We can verify this. I mean, are
2  you sure about this?
3  A  That's what I have been told is that there was one on
4  the 26th and the 27th, both. There wasn't one on the
5  28th, but --
6  Q  27th was not -- there was one on the 26 and 27th.
7  Okay. Okay. And let's see. What about the 25th; was
8  there a plane available?
9  A  On the 25th I don't know whether there was or not.
10 Q  Okay. Now, who told you there was a plane available
11 on the 26th and 27th?
12 A  Our site administrator, Sharon Bradford.
13 Q  Frank Bradford?
14 A  No. Sharon Bradford.
15 Q  Sharon Bradford. And what was this plane?
16 A  What -- you mean what type was it?
17 Q  Yes. What type plane was it?
18 A  I don't know.
19 Q  There was no identification for the plane that was
20 available?
21 A  I don't -- I've not seen the paperwork. I don't
22 know.
23 Q  Okay. So we are going to have to get Bradford in.
24 Hold on a second. Okay. Now, I sent some documents out
25 to Mr. Bredesen. Did you get them, the medical updates?

### Page 11

1  A  Yes.
2  Q  Okay. We are going to go to page 9. I've circled
3  them there.
4        MR. BREDESEN: Would you like that marked
5  as an exhibit, Mr. Sloan?
6        MR. SLOAN: No, it's not necessary. You
7  can if you want to.
8        MR. BREDESEN: Okay. Well, it's up to
9  you, actually.
10 Q  Okay. Page 9 --
11       MR. SLOAN: Yeah, mark it as an exhibit,
12 page 9, item No. 1.
13       MR. BREDESEN: Okay.
14       (Exhibit No. 1 marked.)
15 Q  Go ahead and read item No. 1 there, Dana.
16 A  You want me to read it all the way across?
17 Q  Well, just the first part and the -- and let's see.
18 Description, action taken and status/forecast.
19 A  Okay. If you have a whole lot of reading for me to
20 do, it would probably be best if I don't do it because my
21 voice is kind of going on me, but --
22 Q  Okay. I'll read it for you. It basically says, "We
23 would like to have a plane on standby on the ground here
24 at Shemya Island 24/7/365 with a flight crew on standby."
25 And 24/7/365 means 24 hours a day, 7 days a week, 365 days

### Page 12

1  a year. Okay. Action taken, "The joint effort between
2  U.S. Air Force and COE for quote has been initiated.
3  Funding is being pursued by GMD." Then it goes on to say
4  under status/forecast, "Intensive air medevac crew and
5  medical personnel arrived at EAS on Tuesday, September
6  2nd." Could you identify that plane?
7  A  You mean if I saw it?
8  Q  Well, was there a medical plane on the island?
9  A  Yes, there was a medical plane, uh-huh.
10 Q  Okay. Is this the plane they might be identifying on
11 the 26th and the 27th?
12 A  No, no. This was a regular flight that was
13 scheduled.
14 Q  Okay. They are saying this is a regular flight.
15 Okay. Normal procedure is this medical plane that was
16 designated for the island during this time period would
17 have been used for the type of injury that I had suffered
18 on the 25th of October?
19 A  The medevac plane was here for medical emergencies,
20 things that would be life threatening.
21 Q  So life threatening emergencies only?
22 A  If you wanted to commandeer the plane, as far as I
23 know, they could have.
24 Q  But would you have authorized it to be used for a
25 non-life-threatening situation?

### Page 13

1  A  No, probably not.
2  Q  So the answer was no. Okay. Now, let's see. Page
3  22 of these medical updates --
4        MR. BREDESEN: Would you like to have that
5  marked, as well?
6        MR. SLOAN: Yes.
7        MR. BREDESEN: Okay. We will mark it as
8  Exhibit 2. Give me just a moment.
9        (Exhibit No. 2 marked.)
10 Q  Okay. We are going to go to item No. 2 of that, and
11 I'll go ahead and read it for you. Description was, "We
12 would like to know who is authorized to let a person go or
13 say they are injured bad enough to be flown out of here."
14 And the action taken was, "The existing BOS emergency
15 response plan identifies the family nurse practitioner as
16 the authority to make this decision in coordination with
17 other physicians." Now, Dana Campbell, is this a correct
18 statement?
19 A  That -- that I would be authorizing the plane to take
20 off with somebody to take them back to Anchorage?
21 Q  Okay. What the description was, they want to know
22 who is authorized to let a person go. And would that
23 person be you?
24 A  Well, it would be myself or the provider that is here
25 would be the one that would make the initial decision on