Case No. 3:05-cv-00295-TMB   Document 79-5   Filed 03/12/2007   Page 1 of 1

Dana Barrett-Campbell, R.N.

RECEIVED
MAR 12 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Page 22

1 statement there?
2  A  I can't read it.
3  Q  My copy is blurred.
4  A  My copy is blurred, too.
5  Q  Okay. So you don't know what it is. Okay. Why
6 wouldn't you check a workman's compensation block or a
7 short-term disability block, or provide the insurance
8 form, FCE forms, or have somebody in the office provide
9 those forms?
10         MR. BREDESEN: Is there one question in
11 there, Mr. Sloan?
12  Q  Okay. Yeah. We will go it one at a time. Why
13 wouldn't you check the workman's compensation block?
14  A  At that time I had been instructed, if I recall, to
15 put the first box. I'm not the one that makes the
16 decision whether somebody has workers' comp or whether the
17 company ends up paying them or not. I could mark any of
18 these boxes, and I don't make those decisions.
19  Q  Okay. Who instructed you to mark only the first box?
20  A  I can't say for positive. As I recall, it was the
21 site administrator.
22  Q  Who was that at the time?
23  A  I can't say for 100 percent sure, but I think it was
24 Mary McCully.
25  Q  Mary McCully. Okay. It wasn't Bill Anderson or Don

Page 23

1 Dougherty?
2  A  Was the site manager or the site administrator?
3  Q  Site manager.
4  A  Site manager. Oh, you are talking about the station
5 manager?
6  Q  Who instructed you to check only the first box?
7  A  As far as I recall, it was the site administrator.
8  Q  That would have been Mary McCully. Okay.
9  A  As far as I remember.
10  Q  So you don't make any decisions on which boxes to
11 check, do you?
12  A  No. It's irrelevant. As a matter of fact, they have
13 since changed the form because, as I just said, I have no
14 authority. I don't make those decisions as far as
15 someone -- if a workers' compensation injury, if it's a
16 military leave, short-term disability, I could check any
17 or all of the boxes. Basically what they wanted to know
18 is do I say, yes, this person needs to leave on a medical.
19  Q  Okay. And you don't advise them anything when they
20 tell which you box to check?
21  A  I don't advise who?
22  Q  The management.
23  A  I'm getting -- I guess I just don't understand what
24 you are asking.
25  Q  Okay. You don't provide any input to this

Page 24

1 decision-making process, do you?
2  A  No, not as far as these -- if you are talking about
3 short-term disability, workers' comp, military leave, no,
4 I don't have anything to do with that as far as the
5 decision-making process is concerned.
6  Q  Okay. Let's go on to pages -- I've got them listed
7 as 3 and 4. They are flight manifests. Okay. Okay.
8 Now, didn't you leave for vacation on the 29th of October?
9  A  I believe so. I'd have to look back on my TOSs. I
10 don't have it in front of me right now.
11  Q  Okay. Are you on this flight manifest here?
12  A  No, I don't think I went off on this flight. I
13 went -- If this is the time I'm thinking that it is, I
14 went with a patient back to Anchorage on the -- as a
15 medevac was leaving the island.
16  Q  What was that patient's name?
17  A  That would be a breach of patient confidentiality.
18  Q  I can find out from the Air Force. So you went on a
19 medevac with a patient. Did the nurse also go on that
20 medevac with the patient?
21  A  Who are you referring to?
22  Q  The nurse you identified, Clark Campbell.
23  A  Yes, he went along, also.
24  Q  But he was not the patient?
25  A  No, he was not.

Page 25

1  Q  Okay. Okay. And who else was on that plane?
2         MR. BREDESEN: I'm going to have to object
3 to the question, Mr. Sloan. Is there some particular
4 relevance as to who was on the -- on a medevac flight on
5 October 29th to anything in this claim?
6         MR. SLOAN: Yes. They are stating that
7 there was two planes available for leaving on the 26th and
8 27th. So I'm going to have to verify that with the Air
9 Force, and I'm also going to have to verify with the Air
10 Force the particulars of the people on this plane, this
11 medevac plane. So it does bear.
12         MR. BREDESEN: How does it bear?
13         MR. SLOAN: Conflict of interest.
14         MR. BREDESEN: I don't understand what
15 potential conflict of interest it could be.
16         MR. SLOAN: In order to make it clear, I'm
17 going to have to do discoveries with the Air Force on this
18 one. I'll definitely make all documents available to
19 you.
20  Q  Okay. Then again, let's see. Let's go to -- back to
21 the medical updates, page 9, item No. 2. It should be
22 right on the front.
23  A  Uh-huh.
24  Q  And it goes item 2 at the end, as per SAC, x-ray
25 equipment is being planned. Issues are being worked with