```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```



RECEIVED
MAR 1 4 2007
CLERK, U.S. ... ICT COURT
ANCHORAGE, AK.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,  )
            )
    Plaintiff,  )
            )
    vs.     )
            )
CHUGACH EARECKSON SUPPORT  )
            ) Case No.: 3:05-cv-00295
SERVICES JV  ) (TMB)
            )
    Defendant

**INTENT TO REPLY TO CESS'S OPPOSITION MEMORANDUM**

**ON PLAINTIFF'S MOTION FOR DEFAULT**

(DOCKET #63)

- 1

Dated this 13th day of March, 2007
At San Bernardino, California.

_Thomas M. Sloan_
Thomas M. Sloan
835 Vine St.
San Bernardino, California 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 13th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

_Thomas M. Sloan_
Thomas M. Sloan

- 2