```
1  IN PRO PER
   Thomas M. Sloan
2  835 Vine St.
   San Bernardino, CA, 92410
3  Telephone (909) 885-2380
   Facsimile : none
4  E-Mail : none
```



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Thomas M. Sloan, ) | |
| Plaintiff, ) | |
| vs. ) | |
| CHUGACH EARECKSON SUPPORT ) | Case No.: 3:05-cv-00295 |
| SERVICES JV ) | (TMB) |
| Defendant ) | |

**INTENT TO REPLY TO REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS FOR LACK OF JURISDICTION FILED BY CESS**

- 1

Dated this 13th day of March, 2007
At San Bernardino, California.

*Thomas M. Sloan* (signature)
Thomas M. Sloan
835 Vine St.
San Bernardino, California 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 13th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

*Thomas M. Sloan* (signature)
Thomas M. Sloan

- 2