Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com
Alaska Bar No.: 8511153

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN,<br><br>    Plaintiff,<br><br> v.<br><br>CHUGACH EARECKSON SUPPORT<br>SERVICES JV<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:05-cv-00295-TMB<br>) |

**MOTION TO STRIKE
WITH PROPOSED ORDER**

Defendant Chugach Eareckson Support Service, JV ("CESS") moves to strike Plaintiff's Intent to Reply to Reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Jurisdiction Filed by CESS. A reply memorandum may be filed only by the initiating party, which is CESS, and no basis has been provided for plaintiff to submit further opposition briefing. See D.AK.LR 7(b).

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Dated this 16th day of March, 2007 at Anchorage, Alaska.

        LANDYE BENNETT BLUMSTEIN LLP
        Attorneys for Chugach Earckson
        Support Services JV


        s/Kim Dunn
        ―――――――――――――――――――――――――
        Kim Dunn
        Landye Bennett Blumstein LLP
        701 West Eighth Avenue, Suite 1200
        Anchorage, Alaska 99501
        Telephone (907) 276-5152
        Facsimile (907) 276-8433
        E-mail:kimd@lbblawyers.com
        Alaska Bar No. 8511153

Certificate of Service

On March 16, 2007, a true and correct copy of the foregoing document was sent by U.S. Mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


s/Kim Dunn
―――――――――――――――――――――――――
Kim Dunn

---

Sloan v. CESS
Case No.: 3:05-cv-00295 TMB
Motion to Strike
Page 2 of 2