Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152
Facsimile (907) 276-8433
E-mail: kimd@lbblawyers.com
Alaska Bar No.: 8511153

Attorneys for Chugach Eareckson Support Service, JV

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| THOMAS M. SLOAN | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CHUGACH EARECKSON SUPPORT | ) |
| SERVICES JV | ) |
| | ) |
| Defendant. | ) Case No. 3:05-cv-00295-TMB |
| | ) |

**ORDER ON MOTION TO STRIKE**
(Proposed)

It is hereby ORDERED that the Plaintiff's Intent to Reply to Reply to Plaintiff's Opposition to Motion to Dismiss for Lack of Jurisdiction filed by CESS  shall be disregarded.  The opposition has been filed for the Motion to Dismiss for Lack of Jurisdiction by plaintiff and the matter is now ripe.

Sloan v. CESS
Case No.: 3:05-cv-00295 TMB
Proposed Order On Motion to Strike
Page 1 of 2

Dated this _____ day of _____, 2007 at

Anchorage, Alaska.

_____
Timothy M. Burgess
United States District Court Judge


Certificate of Service

On March 16, 2007, a true and correct
copy of the foregoing document was sent
by U.S. Mail to the following:

Thomas M. Sloan
835 West Vine Street
San Bernardino, CA 92410


s/Kim Dunn_____
Kim Dunn

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Sloan v. CESS
Case No.: 3:05-cv-00295 TMB
Proposed Order On Motion to Strike
Page 2 of 2