

```
IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,            )
                            )
        Plaintiff,          )
                            )
    vs.                     )
                            )
CHUGACH EARECKSON SUPPORT   )
                            )  Case No.: 3:05-cv-00295
SERVICES JV                 )  (TMB)
                            )
        Defendant           )

---

**REPLY TO REPLY TO PLAINTIFF'S**

**OPPOSITION TO MOTION TO DISMISS FOR LACK OF**

**JURISDICTION FILED BY CESS**

CESS is alleging that ANCSA's corporations are reservation based tribes. In due fact all tribes in Alaska are fee simple. They are not self governments. In addition Shemya Island is in fact a part of Elmendorf Air Force Base, and is subject to military and federal law.

Shemya Island is a closed island. Access can only be gained with the permission of the United States Air

Force. All flights and marine traffic to the island has to be approved by someone in the United States Air Force. Any unauthorized entry to the island must be supervised by armed Air Force personnel. This is clearly a province of the federal government only.

CESS appears to be alleging that their management comes under the village provision of the Native Claims Act, which recognizes other than Alaskan Natives as villagers. Shemya has never been an Alaskan village; it has only ever been a military station. Clearly Carl Sagert, Douglas Feazel, William Anderson or any of the other individuals involved in this case are not Alaskan Villagers. These employees, having only resided on Shemya Island while in Alaska with visits to Anchorage; certainly Anchorage residents do not have an Alaska Native tribal member status under the provisions of the Alaskan Claims Act.

If anything there is a clear vacuum of law enforcement on Shemya Island. The Air Force is reluctant to pursue law enforcement because of legal threats by CESS. The Alaskan State Troopers do not have the funds to enforce the law and CESS is not a government agency of any type.

Through this entire litigation CESS has alleged to be attempting to enforce Air Force regulations while at

1  the same time threatening individuals in the Air Force
2  with legal action to prevent them from doing their
3  jobs.  Such as Air Force quality assurance technician,
4  Sergeant LaMay.  CESS has never even alleged to enforce
5  or apply any tribal regulations or laws to Shemya.
6  What you have on Shemya are a few skinheads that
7  believe that they can get away with anything they want.

```
                                  Dated this 15th day of
                                  March,           2007
                                  At    San    Bernardino,
                                  California.
```

*Thomas M. Sloan*
Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 15th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501

*Thomas M. Sloan*

Thomas M. Sloan

- 4 -

Tom Scott
835 Vine St
San Bernardino CA
92410

United States District Court
District of Alaska
Clerk of Court
Fed Bldg, U.S. Court Hse.
222 W 7th Ave #4
Anchorage AK 99513-7564



CERTIFIED MAIL
7006 2150 0004 1884 9322



U.S. POSTAGE PAID
SAN BERNARDINO, CA
92412
MAR 15, '07
AMOUNT
$2.40
00055498-08