IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

RECEIVED
MAR 20 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,
Plaintiff,
vs.
CHUGACH EARECKSON SUPPORT SERVICES JV
Defendant

Case No.: 3:05-cv-00295 (TMB)

**REPLY TO CESS'S OPPOSITION TO PLAINTIFF'S MOTION TO ENTER DOCUMENTS AND WITNESSES**

(Docket Numbers: 50, 51, 52, and 56)

CESS has consistently attempted to prevent any discovery that is not consistent with their fabrication of the timeline of events such as Thomas Sloan returned on his own to Shemya Island a closed Air Force station some 1500 miles out on the Aleutian Chain in 2004. Or the timeline of Thomas Sloan's presence on Shemya Island from beginning of May 2003 to the end of July 2003.

1  The statements and memos of Carl Sagert, Douglas
2  Feazel, Donald Dogherty and other employees of CESS are
3  necessary to discovery to prove or disprove CESS's
4  fabrication of events and the intents behind these
5  fabrications.  Witnesses such as Stacy Pascal to
6  testify on CESS's employment practices. Remedo Doctor
7  to testify on the character of Sharon Bradford, Carl
8  Sagert and William Anderson, and James Brown to testify
9  on the stalking incident by Douglas Feazel.
10
11  The witness depositions from the AWC proceedings
12  are flawed, these depositions were scripted and
13  prepared by CESS management and without the AWC
14  testimonies of Carl Sagert, Micheal Whitmill and Donald
15  Dogherty are inherently useless.  Also the alleged
16  technical difficulties experienced by the AWC have not
17  been tested through Subpoena.
18
19  Contact information for Stacy Pascal, Remedio
20  Doctor and James Brown are a matter of record for CESS
21  and indeed James Brown is a current employee.
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | Dated this 19th day of March, 2007 |
| 2 | At San Bernardino, California. |

*[signature: Thomas M. Sloan]*
Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 19th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn
Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501

*[signature: Thomas M. Sloan]*
Thomas M. Sloan