

IN PRO PER
Thomas M. Sloan
835 Vine St.
San Bernardino, CA, 92410
Telephone (909) 885-2380
Facsimile : none
E-Mail : none

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Thomas M. Sloan,                )
                                )
          Plaintiff,            )
                                )
     vs.                        )
                                )
CHUGACH EARECKSON SUPPORT       )
                                )  Case No.: 3:05-cv-00295
SERVICES JV                     )  (TMB)
                                )
          Defendant             )

**REPLY TO CESS'S OPPOSITION MEMORANDUM ON**

**PLAINTIFF'S MOTION FOR DEFAULT**

(DOCKET #63)

CESS entered into discovery some 175 pages of documentation, (exhibit B, page 1 of 6 and exhibit B page 2 of 6), and has consistently refused to supply discovery on these documents.  CESS's argument appears to be that CESS desires to protect their alleged witnesses from perjury complaints.

CESS has a history of claiming possesion of documents relating to incidences on Shemya Island during this time period. When asked to produce these

- 1

documents CESS then claims that the documents do not exist.

CESS has entered into discovery allegations made by employees that are in fact complete fabrications and CESS has a consistent history of repeating this in the repeated litigations brought by it's former employees.

Dated this 19th day of March, 2007
At San Bernardino, California.


Thomas M. Sloan
835 Vine St.
San Bernardino,
California 92410
Telephone
(909) 885-2380
Facsimile : none
E-Mail : none

Certificate of Service

On March 19th, 2007 a true and correct copy of the foregoing document was sent by mail to the following:

Kim Dunn

Landye Bennett Blumstein LLP

701 West Eighth Avenue, Suite 1200

Anchorage, Alaska 99501


Thomas M. Sloan

- 3



CALL 1-800-222-1811 FOR PICKUP OR TRACKING OF ALL YOUR PACKAGES