Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE-000002-3 | Confidential |
| CE-000006 | Confidential |
| CE-000020-22 | Attorney/Client Privilege |
| CE-000025-35 | Confidential |
| CE-000049-51 | Confidential |
| CE-000054-61 | Confidential |
| CE-000097 | Confidential |
| CE-000105-106 | Attorney/Client Privilege |
| CE-000108 | Attorney/Client Privilege |
| CE-000111 | Attorney/Client Privilege |
| CE-000113-114 | Confidential |
| CE-000116-118 | Attorney/Client Privilege |
| CE-000122 | Attorney/Client Privilege |
| CE-000127-128 | Attorney/Client Privilege |
| CE-000135 | Attorney/Client Privilege |
| CE-000136-139 | Attorney/Client Privilege |
| CE-000140 | Attorney/Client Privilege |
| CE-000143 | Attorney/Client Privilege |
| CE-000144-148 | Attorney/Client Privilege |
| CE-000149 | Attorney/Client Privilege |
| CE-000150-151 | Attorney/Client Privilege |
| CE-000152-153 | Attorney/Client Privilege |
| CE-000160 | Attorney/Client Privilege |
| CE-000161-162 | Attorney/Client Privilege |
| CE-000164 | Attorney/Client Privilege |
| CE-000176 | Attorney/Client Privilege |
| CE-000177-179 | Confidential |
| CE-000180-183 | Attorney/Client Privilege |
| CE-000187 | Attorney/Client Privilege |
| CE-000190 | Attorney/Client Privilege |
| CE-000191-192 | Attorney/Client Privilege |
| CE-000271 | Attorney/Client Privilege |
| CE-000282 | Attorney/Client Privilege |
| CE-000283-284 | Attorney/Client Privilege |
| CE-000311-313 | Attorney/Client Privilege |
| CE-000321 | Attorney/Client Privilege |
| CE-000336 | Attorney/Client Privilege |
| CE-000338 | Attorney/Client Privilege |
| CE-000339 | Attorney/Client Privilege |

Sloan vs. Chugach Eareckson Support Services
Case No. 3:05-cv-00295-TMB
01739.006

## PRIVILEGE/CONFIDENTIAL LOG

| BATES NO. | DESCRIPTION |
|---|---|
| CE-000340-341 | Attorney/Client Privilege |
| CE-000344 | Attorney/Client Privilege |
| CE-000345-346 | Attorney/Client Privilege |
| CE-000349 | Attorney/Client Privilege |
| CE-000350-351 | Attorney/Client Privilege |
| CE-000355-357 | Attorney/Client Privilege |
| CE-000358-359 | Confidential |
| CE-000360-362 | Attorney/Client Privilege |
| CE-000363 | Attorney/Client Privilege |
| CE-000364 | Attorney/Client Privilege |
| CE-000366 | Attorney/Client Privilege |
| CE-000367-368 | Attorney/Client Privilege |
| CE-000369 | Confidential |
| CE-000371-376 | Confidential |
| CE-000378-384 | Confidential |
| CE-000385-386 | Attorney/Client Privilege |
| CE-000387-397 | Confidential |
| CE-000421 | Attorney/Client Privilege |
| CE-000425 | Attorney/Client Privilege |
| CE-000430 | Confidential |
| CE-000432 | Confidential |
| CE-000433 | Attorney/Client Privilege |
| CE-000435 | Attorney/Client Privilege |
| CE-000436-440 | Attorney/Client Privilege |
| CE-000441 | Attorney/Client Privilege |
| CE-000450 | Attorney/Client Privilege |
| CE-000456-457 | Attorney/Client Privilege |
| CE-000458 | Attorney/Client Privilege |
| CE-000459 | Attorney/Client Privilege |
| CE-000460 | Attorney/Client Privilege |
| CE-000461 | Attorney/Client Privilege |
| CE-000461 | Attorney/Client Privilege |
| CE-000464 | Attorney/Client Privilege |
| CE-000473-479 | Attorney/Client Privilege |
| CE-000480-484 | Attorney/Client Privilege |
| CE-000491-496 | Attorney/Client Privilege |
| CE-000497 | Attorney/Client Privilege |
| CE-000497 | Attorney/Client Privilege |
| CE-000498-499 | Attorney/Client Privilege |
| CE-000499-500 | Attorney/Client Privilege |

-2-



Exhibit B
Page 2 of 6