```
                 UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF ALASKA
```

THOMAS M. SLOAN,
      Plaintiff,

                              Case Number 3:05-cv-00295-TMB

v.

CHUGACH EARECKSON SUPPORT
SERVICES JV,
      Defendant.               **JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**. This action came before the court. The issues have been reviewed and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this action is DISMISSED without prejudice.

APPROVED:

/s/TIMOTHY M. BURGESS
United States District Judge

  APRIL 3, 2007
Date

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

                                              IDA ROMACK
                                    Ida Romack, Clerk of Court